The Honorable Ricardo Martinez

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

RUSSEL H. DAWSON, Personal
Representative of the Estate of Damaris
Rodriguez; REYNALDO GIL; JOSE MARTE,
A.G.;I.G., S.G. and D.G,

No. 2:19-cv-01987-RSM

11

Plaintiffs,

**STIPULATION AND ORDER
AMENDING CASE SCHEDULE**

12

v.

13

14

15

16

17

18

19

20

21

22

23

SOUTH CORRECTIONAL ENTITY
("SCORE"), a Governmental Administrative
Agency; PENNY BARLEY; JIM KELLY;
TODD BARKER; BRITTNEY PALMORE;
BRANDON HEATH; PEDRO SANTOS;
MANDI JARAMILLO; WILLIAM WOO;
BENDA SCOTT a/k/a BRENDA SCOTT;
ETHAN GLOVER; CHRISTOPHER FOY;
JANE DORE; COLMINTON ALLEN;
AARON SEIPP; SCORE JOHN DOES 1-10;
NAPHCARE, INC., an Alabama Corporation;
REBECCA VILLACORTA; HENRY TAMBE;
NANCY WHITNEY; BILLIE STOCKTON;
BRITTANY MARTIN; JESSICA LOTHROP;
BROOKE WALLACE; SALLY MUKWANA;
JOAN KOSANKE; RITA WHITMAN;
VIRGINIA RICHARDSON; NAPHCARE
JOHN DOES 1-10; ; KING COUNTY, a
political subdivision of the State of Washington;
RAUL ADAMS; LELAND ADAMS; ALAN
TAG,

NOTE ON MOTION CALENDAR:
May 26, 2020

24

Defendants.

25

## STIPULATION

26

COME NOW the parties, by and through their respective counsel of record, who hereby

27

stipulate to a six-month extension of the discovery deadlines and trial dates as set forth in the

STIPULATION AND ORDER EXTENDING CASE SCHEDULE - 1

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

7098125.1

Court's Order Setting Trial Date and Related Dates (ECF No. 40) as follows:

|  | Current Deadline | Stipulated Deadline |
|---|---|---|
| Expert Disclosures Pursuant to FRCP 26(a)(2) | October 14, 2020 | April 14, 2021 |
| Deadline for Filing of Discovery Related Motions | November 13, 2020 | May 14, 2021 |
| Discovery Cutoff | December 14, 2020 | June 14, 2021 |
| Deadline for Filing Dispositive Motions | January 12, 2021 | July 13, 2021 |
| Deadline to Conduct Mediation | February 26, 2021 | August 27, 2021 |
| Motions in Limine | March 15, 2021 | September 13, 2021 |
| Agreed PreTrial Order | March 31, 2021 | September 20, 2021 |
| Pretrial Conference | To Be Scheduled | To Be Scheduled |
| Deadline for Filing Trial Briefs, Proposed Voir Dire, Jury Instructions, Neutral Statement of the Case, Trial Exhibits | April 7, 2021 | October 6, 2021 |
| Jury Trial | April 12, 2021 | November 29, 2021 |

The amendment to the current case schedule is requested for the following reasons:

1.     As the Court is aware, Washington Governor Jay Inslee's "stay at home" order, entered in response to the COVID-19 pandemic, has been extended to May 31, 2020.

2.     Plaintiffs have named as defendants 28 individuals, all of whom are classified as "first responders" and/or "essential workers".  Because of the current pandemic, obtaining access to the defendants, and scheduling their time, is very limited.  Consequently, it will be almost impossible to schedule any of the individual defendants' depositions before August.

3.     In order for the anticipated experts in this matter to complete their reports, it is necessary to complete these key depositions.  There are also numerous non-party fact witnesses that will need to be deposed.

4.     Because the deposition transcripts will not be available for expert review in time for the parties' experts to submit Fed. R. Civ. P. 26-compliant reports by the October 14 deadline, the parties agree that good cause exists for extending the pending deadlines by a period of time sufficient to enable the parties' experts to consider the transcripts and complete their reports, for discovery to be completed and dispositive motions prepared and filed.

STIPULATION AND ORDER EXTENDING CASE SCHEDULE - 2

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

7098125.1

1     5.      The parties agree and stipulate that, due to the foregoing, all other deadlines

2    should be extended by six months as set forth above.

3     6.      The parties further stipulate to the entry of the order below, reflecting the above

4    agreement.

5         RESPECTFULLY SUBMITTED the 26th day of May 2020.

6

7    WILLIAMS KASTNER          KRUTCH LINDELL BINGHAM JONES, PS

8    By: */s/Heidi L. Mandt*         By: */s/ Nathan J. Bingham*

        Heidi L. Mandt, WSBA # 26880      Nathan J. Bingham, WSBA #46325

9        Email: hmandt@williamskastner.com   Email: JNB@krutchlindell.com

        1515 SW Fifth Avenue, Suite 600     James T. Anderson, WSBA #40494

10      Portland, OR 97201-5449       Email: JTA@krutchlindell.com

        Telephone:  (503) 228-7967      Jeffrey C. Jones, WSBA #7670

11                                    Email: JCJ@krutchlindell.com

        *Attorneys for the NaphCare Defendants*  600 University Street, Suite 1701

12                                    Seattle, WA 98101

                                    Telephone:  (206) 682-1505

13

14                                    TERRELL MARSHALL LAW GROUP

                                    PLLC

15                                    By: */s/ Toby J. Marshall*

16                                    Toby J. Marshall, WSBA #32726

                                    Email: tmarshall@terrellmarshall.com

17                                    Maria Hoisington-Bingham, WSBA

                                    #51493

18                                    Email:

                                    mhoisington@terrellmarshall.com

19                                    936 North 34th Street, Suite 300

                                    Seattle, Washington 98103-8869

20                                    Telephone: (206) 816-6603

21

22                                    *Attorneys for Plaintiffs*

23

24

25

26

27

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

7098125.1

1    LAW, LYMAN, DANIEL, KAMERRER &      DANIEL T. SATTERBERG
     BOGDANOVICH, P.S.                   King County Prosecuting Attorney

2

3    By: /s/ John E. Justice              By: /s/ Daniel L. Kinerk
         John E. Justice, WSBA # 23042        Daniel L. Kinerk, WSBA #13537
4        Email: jjustice@lldkb.com           Email: Dan.Kinerk@kingcounty.gov
         P.O. Box 11880                       Raam Wong, WSBA #13537
5        Olympia, WA 98508-1880              Email: Raam.Wong@kingcounty.gov
         Telephone: (360) 754-3480            Senior Deputy Prosecuting Attorney
6                                             500 Fourth Ave., 9th Floor
     KEATING, BUCKLIN & MCCORMACK,           Seattle, WA. 98104
7    INC., P.S.                              Telephone: (206) 296-8820

8    By: /s/ Stewart A. Estes              *Attorneys for the King County Defendants*
         Stewart A. Estes, WSBA #15535
9        Email: sestes@kbmlawyers.com
         801 Second Avenue, Suite 1210
10       Seattle, WA 98104
         Telephone: (206) 623-8861
11

12   *Attorneys for the SCORE defendants*

13                                   **<u>ORDER</u>**

14       IT IS HEREBY ORDERED that based on the stipulation of the parties, Court's Order

15   Setting Trial Date and Related Dates (ECF No. 40) is amended as set forth above.

16       DATED this 1st day of June, 2020.

17

18

19

20   _____
     RICARDO S. MARTINEZ
21   CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

STIPULATION AND ORDER EXTENDING CASE SCHEDULE - 4

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

7098125.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION AND ORDER EXTENDING CASE SCHEDULE - 5

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

7098125.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

CERTIFICATE OF SERVICE - 1
( 2:19-cv-01987)

7098125.1

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967