|   |   |
|---|---|
| 1 | The Honorable Ricardo Martinez |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| RUSSEL H. DAWSON, Personal Representative of the Estate of Damaris Rodriguez; REYNALDO GIL; JOSE MARTE, A.G., I.G., S.G. and D.G.,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH CORRECTIONAL ENTITY ("SCORE"), a Governmental Administrative Agency; PENNY BARLEY; JIM KELLY; TODD BARKER; BRITTNEY PALMORE; BRANDON HEATH; PEDRO SANTOS; MANDI JARAMILLO; WILLIAM WOO; BENDA SCOTT a/k/a BRENDA SCOTT; ETHAN GLOVER; CHRISTOPHER FOY; JANE DORE; COLMINTON ALLEN; AARON SEIPP; SCORE JOHN DOES 1-10; NAPHCARE, INC., an Alabama Corporation; REBECCA VILLACORTA; HENRY TAMBE; NANCY WHITNEY; BILLIE STOCKTON; BRITTANY MARTIN; JESSICA LOTHROP; BROOKE WALLACE; SALLY MUKWANA; JOAN KOSANKE; RITA WHITMAN; VIRGINIA RICHARDSON; NAPHCARE JOHN DOES 1-10; ; KING COUNTY, a political subdivision of the State of Washington; RAUL ADAMS; LELAND ADAMS; ALAN TAG,<br><br>Defendants. | •NO. 2:19-cv-01987-RSM<br><br>**STIPULATED MOTION AND ORDER FOR PARTIAL EXTENSION OF DISCOVERY CUT OFF AND EXTENSION OF DISPOSITIVE MOTION DEADLINE**<br><br>NOTE ON MOTION CALENDAR: June 21, 2021 |

Pursuant to Fed.R.Civ.P. 6(b) and LR 16(b)(6), the parties, by and through their

respective counsel, hereby stipulate to (1) a partial extension of the discovery cutoff to

accommodate the remaining depositions that the parties have already scheduled or agreed to

---

STIPULATED MOTION AND ORDER FOR PARTIAL EXTENSION OF
DISCOVERY CUT OFF AND EXTENSION OF DISPOSITIVE MOTION
DEADLINE - 1     ( 2:19-cv-01987)
7409408.1

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

schedule and (2) a one week extension of the deadline for filing dispositive motions. The current discovery cutoff is June 14, 2021, and the current deadline for filing dispositive motions is July 13, 2021. (*See* ECF No. 69).

The parties make these requests for the following reasons:

1. The parties have conducted 29 depositions in this case since March of this year, and have worked diligently to accommodate all parties' and the witnesses' scheduling concerns.

2. Due to delays caused by COVID-19, the complexity of the fact pattern, personal emergencies, and other discovery disputes that have been amicably resolved, the following depositions have not yet been taken:

   a. Rebecca Luethy, RN (expert) - Ms. Luethy's deposition is currently scheduled for 6/22/2021.
   b. Virginia Richardson (defendant) - Ms. Richardson's deposition is currently scheduled for 6/22/2021.
   c. Rick Lichten (expert) - Mr. Lichten's deposition is currently scheduled for 6/23/2021.
   d. Rita Whitman (defendant) - Ms. Whitman's deposition is currently scheduled for 6/23/2021.
   e. Martin Horn (expert) - Mr. Horn's deposition is currently scheduled for 6/25/2021.
   f. Greg Davis, MD (expert) - Dr. Davis's deposition is currently scheduled for 7/8/2021.
   g. Jennifer Piel, MD (expert) - Dr. Piel's deposition is currently scheduled for 7/13/2021.
   h. Gary Vilke, MD (expert) - Dr. Vilke's deposition was previously scheduled but cancelled due to logistical complications. The parties are in the process of rescheduling.

STIPULATED MOTION AND ORDER FOR PARTIAL EXTENSION OF
DISCOVERY CUT OFF AND EXTENSION OF DISPOSITIVE MOTION
DEADLINE - 2 ( 2:19-cv-01987)
7409408.1

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

     i.    Carl Wigren, MD (expert) - Dr. Wigren's deposition was previously scheduled but cancelled due to an attorney's personal emergency. The parties are in the process of rescheduling.

     j.    Mandi Jaramillo (defendant) - Ms. Jaramillo's deposition was previously scheduled but cancelled due to a related discovery dispute, which has since been resolved. The parties are in the process of rescheduling.

     k.    NaphCare 30(b)(6) witnesses. The noting party and NaphCare have met and conferred on this deposition and are in the process of scheduling.

     l.    SCORE 30(b)(6) witnesses. The parties have not yet met and conferred on this deposition.

     m.    Devon Schrum, Adam Munson, and Kevin Milosevich are SCORE employees whose depositions were requested before the discovery cutoff but have not yet been scheduled. Counsel for SCORE has not agreed that Devon Schrum or Kevin Milosevich should be deposed and this will be the subject of further consultation among counsel.

3.    Due to witness scheduling conflicts, the parties were unable to schedule the deposition of Jennifer Piel, MD until 7/13/2021. The parties agree that the deposition of Dr. Piel may be relevant to dispositive motions and that a one week extension of the deadline for filing dispositive motions is necessary so that the parties may consider Dr. Piel's testimony before bringing any dispositive motions.

4.    The parties agree and stipulate that, due to the foregoing,

    a.    The discovery cutoff shall be extended to accommodate the matters listed above only.

    b.    The deadline for filing dispositive motions shall be extended to 7/20/2021.

The parties will make a good faith effort to complete the above-identified discovery as soon as possible.

**STIPULATED MOTION AND ORDER FOR PARTIAL EXTENSION OF DISCOVERY CUT OFF AND EXTENSION OF DISPOSITIVE MOTION DEADLINE** - 3      ( 2:19-cv-01987)
7409408.1

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED: | |
| 2 | WILLIAMS KASTNER | KRUTCH LINDELL BINGHAM JONES, PS |
| 3 | By: *s/ Heidi L. Mandt* | By: *s/ Nathan J. Bingham* |

IT IS SO STIPULATED:

WILLIAMS KASTNER

By: *s/ Heidi L. Mandt*
    Heidi L. Mandt, WSBA # 26880
    Email: hmandt@williamskastner.com
    1515 SW Fifth Avenue, Suite 600
    Portland, OR 97201-5449
    Telephone: (503) 228-7967

*Attorneys for the NaphCare Defendants*

KRUTCH LINDELL BINGHAM JONES, PS

By: *s/ Nathan J. Bingham*
    Nathan J. Bingham, WSBA #46325
    Email: JNB@krutchlindell.com
    James T. Anderson, WSBA #40494
    Email: JTA@krutchlindell.com
    Jeffrey C. Jones, WSBA #7670
    Email: JCJ@krutchlindell.com
    Matthew Clark, *Pro Hac Vice*
    Email: mkc@krutchlindell.com
    600 University Street, Suite 1701
    Seattle, WA 98101
    Telephone: (206) 682-1505

TERRELL MARSHALL LAW GROUP PLLC

By: *s/ Toby J. Marshall*
    Toby J. Marshall, WSBA #32726
    Email: tmarshall@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603

*Attorneys for Plaintiffs*

LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

By: *s/ John E. Justice*
    John E. Justice, WSBA # 23042
    Email: jjustice@lldkb.com
    P.O. Box 11880
    Olympia, WA 98508-1880
    Telephone: (360) 754-3480

KEATING, BUCKLIN & MCCORMACK, INC., P.S.

By: *s/ Stewart A. Estes*
    Stewart A. Estes, WSBA #15535
    Email: sestes@kbmlawyers.com
    801 Second Avenue, Suite 1210
    Seattle, WA 98104
    Telephone: (206) 623-8861

*Attorneys for the SCORE Defendants*

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: *s/ Daniel L. Kinerk*
    Daniel L. Kinerk, WSBA #13537
    Email: Dan.Kinerk@kingcounty.gov
    Raam Wong, WSBA #13537
    Email: Raam.Wong@kingcounty.gov
    Senior Deputy Prosecuting Attorney
    500 Fourth Ave., 9th Floor
    Seattle, WA. 98104
    Telephone: (206) 296-8820

*Attorneys for the King County Defendants*

**STIPULATED MOTION AND ORDER FOR PARTIAL EXTENSION OF DISCOVERY CUT OFF AND EXTENSION OF DISPOSITIVE MOTION DEADLINE** - 4      ( 2:19-cv-01987)
7409408.1

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

## ORDER

IT IS HEREBY ORDERED that, based on the stipulation of the parties, and for good cause being shown, the case schedule will be amended to reflect a partial extension of the discovery cut-off to accommodate the currently scheduled depositions, and a dispositive motion deadline of July 20, 2021, as set forth above. All other dates set in this matter remain unchanged.

DATED this 25th day of June, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATED MOTION AND ORDER FOR PARTIAL EXTENSION OF DISCOVERY CUT OFF AND EXTENSION OF DISPOSITIVE MOTION DEADLINE** - 5 ( 2:19-cv-01987)
7409408.1

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

# CERTIFICATE OF SERVICE

I hereby certify that on the below date, I served STIPULATED MOTION AND ORDER FOR PARTIAL EXTENSION OF DISCOVERY CUT OFF AND EXTENSION OF DISPOSITIVE MOTION DEADLINE on the following attorneys via USDC efiling service to the last known email address of record as follows:

*Attorneys for Plaintiff*:

**Nathan J. Bingham**
JNB@krutchlindell.com

**Jeff Jones**
jcj@krutchlindell.com;
legalassistant@krutchlindell.com
karmen@krutchlindell.com

**Jimmy Anderson**
JTA@krutchlindell.com;

**Matthew K. Clarke**
mkc@krutchlindell.com

eservice@krutchlindell.com

*Attorneys for Plaintiff:*

**Toby James Marshall**
tmarshall@terrellmarshall.com

jnuss@terrellmarshall.com;
hrota@terrellmarshall.com;
filing@terrellmarshall.com;

*Attorneys for Defendant South Correctional Entity:*

**John E Justice**
jjustice@lldkb.com;
lisa@lldkb.com;
tam@lldkb.com;
bmyers@lldkb.com

**Stewart A. Estes**
sestes@kbmlawyers.com
tcaceres@kbmlawyers.com
lwalker@kbmlawyers.com

*Attorneys for Defendants King County, Leland Adams, Raul Adams and Alan Tag*:

**Dan Kinerk**
Dan.Kinerk@kingcounty.gov;
Jennifer.witt@kingcounty.gov;
rmunozcintron@kingcounty.gov

**Raam Wong**
Raam.wong@kingcounty.gov;
alindsey@kingcounty.gov
nicole.walters@kingcounty.gov

Dated this 21st day of June, 2021.

/s/ Heidi L. Mandt
Heidi L. Mandt, WSBA # 26880
*Attorneys for Defendants NaphCare, Inc., Rebecca Villacorta, Henry Tambe, Nancy Whitney, Billie Stockton, Brittany Martin, Jessica Lothrop, Brooke Wallace, Sally Mukwana, Joan Kosanke, Rita Whitman and Virginia Richardson*

CERTIFICATE OF SERVICE
( 2:19-cv-01987)

7409408.1

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967