# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RUSSEL H. DAWSON, Personal Representative of the Estate of Damaris Rodriguez, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SOUTH CORRECTIONAL ENTITY ("SCORE"), a Governmental Administrative Agency, et al., <br><br> Defendants. | CASE NO. C19-1987RSM <br><br> ORDER GRANTING IN PART MOTION TO FILE OVER-LENGTH BRIEF |

This matter comes before the Court on King County Defendants' Motion to File Over-Length Brief. Dkt. #129. Defendants request to file a 38-page brief in support of summary judgment.

Motions for summary judgment are normally limited to 24 pages. LCR 7(e)(3). A motion to file an over-length brief may be filed. LCR 7(f)(1). "Motions seeking approval to file an over-length motion or brief are disfavored." LCR 7(f).

The Court agrees with Defendants that the facts and legal issues in this case are extensive as pled by Plaintiff. Defendants may need to address each officer's unique role in this case. King County has thus established a need for an over-length brief. However, the Court

does not find that Defendants have established a need for fourteen additional pages, which is well outside the typical extension of pages granted by this Court. Given all of the above, the Court will instead permit an over-length brief not to exceed 30 pages. Any response brief will be allowed an equal number of additional pages. The reply brief shall not exceed one-half the total length of the brief filed in opposition.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that King County Defendants' Motion to File Over-Length Brief, Dkt. #129, is GRANTED IN PART as stated above.

DATED this 25th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE