1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

10
11
12

**RUSSEL H. DAWSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF DAMARIS RODRIGUEZ; REYNALDO GIL; JOSE MARTE; A.R.; I.R.; S.R.; D.R.,**

        **Plaintiffs,**

13
14

vs.

15
16

**SOUTH CORRECTIONAL ENTITY ("SCORE"), et al,**

        **Defendant**

**No. 2:19-cv-01987-RSM**

**DECLARATION OF JOHN DiCROCE IN SUPPORT OF SUMMARY JUDGMENT**

17
18

I, John DiCroce, declare as follows:

19
20

1.     I am an currently the Operations Chief for SCORE Jail and am competent to be a witness.

21
22
23
24

2.     On December 30, 2017, Damaris Rodriguez was arrested for Assault 4 – Domestic Violence, and transported to the South Correctional Entity (SCORE) Jail and received at approximately 2:40 p.m..  A true and correct copy of her SCORE records are attached hereto as exhitit 1.

25
26

**DECLARATION OF JOHN DiCROCE IN SUPPORT OF SUMMARY JUDGMENT – 1**

**Cause No.:  2:19-CV-01987-RSM**

3. SCORE contracts with a private health care company, NaphCare, to provide both medical and mental health care to the invididuals in its custody. A true and correct copy of NaphCare's records related to Ms. Rodriguez is attached hereto as exhibit 2.

5. According to NaphCare's records, Ms. Rodriguez was seen by a NaphCare medical personnel within approximately three hours of arrival at SCORE, at 5:56 p.m.. Ms. Rodriguez was reported by the NaphCare medical staff to be uncooperative with their attempts to assess her and her behavior was indicative of potential drug intoxication, mental illness, or both. Ms. Rodriguez was observed several more times in booking by registered nurses, at 4:31 a.m., 7:58 a.m. and 9:31 a.m. on December 31. The nurses were unable to get her to cooperate with the medical screening process.

6. A NaphCare mental health professional (MHP) attempted to evaluate Ms. Rodriguez the on December 31, 2017 at 3:26 p.m.. According to the MHP's notes of the observation, Ms. Rodriguez was "refusing to cooperate with booking process . . . [s]he does not appropriately answer questions regarding medication, substance use, if there's a family member MHP can call . . .She is pleasant but non-cooperative with contact . . ." Two more nurses attempted, unsuccessfuly, to conduct a medical screening on Ms. Rodriguez on December 31, at 6:53 p.m. and 11:15 p.m. on December 31.

7. Ms. Rodriguez was moved from booking to the Jail's medical wing, rather than general population, at 9:19 p.m. on December 31. She was observed in the medical wing by a registered nurse early the next morning, January 1, at 7:10 a.m. That nurse noted that they were unable to do a medical intake due to Ms. Rodriguez's behavior. A MHP observed Ms. Rodriguez at 11:45 a.m. on January 1 and attempted to engage with her to find out if there was someone the MHP could call. The same MHP later contacted the local Crisis Clinic at 1:14 p.m.

DECLARATION OF JOHN DiCROCE IN SUPPORT OF
SUMMARY JUDGMENT – 2

Cause No.:  2:19-CV-01987-RSM

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

1   that same day, to try and locate information about Ms. Rodriguez, but they had no record of

2   her.  At 1:33 p.m. on January 1, Ms. Rodriguez was observed by another MHP, but was unable

3   to complete an assessment because Ms. Rodriguez would not cooperate.

4        8.  At 7:36 p.m., on January 1, a registered nurse observed Ms. Rodriguez and noted that

5   she had been "seen by mental health."  The next morning, January 2, a registered nurse spoke

6   with Ms. Rodriguez at her cell and observed her behavior.  A few hours later, at 12:26 p.m., a

7   MHP spoke with Ms. Rodriguez and noted she "made good eye contact but seemed unable to

8   understand questions put to her about how she was feeling."  At 12:39 p.m., the Mental Health

9   Director for NaphCare spoke with Ms. Rodriguez and was able to obtain a urine sample from

10   Ms. Rodriguez.  Later that evening, of January 2, the results of the urine test came back

11   negative for drugs or pregnancy.  Ms. Rodriguez was noted to be "mostly calm during the day."

12

13        9.  The next day, January 3, Ms. Rodriguez was observed by a registered nurse at 11:50

14   a.m..  On January 3,  the NaphCare Mental Health Director noted that Ms. Rodriguez was

15   making herself vomit up water.  She was moved to a medical cell without running water at

16   approximately 2:50 p.m. on January 3 to allow her water intake to be monitored.  A MHP

17   attempted to engage Ms. Rodriguez on January 3, but noted at 6:45 p.m. that night that Ms.

18   Rodriguez would not interact with him.  At approximately 11:46 p.m. on January 3, Ms.

19   Rodriguez was found to be unresponsive in her cell.  Immediate life saving efforts were

20   unsuccessful.

21

22        10.  The King County coroner determined that the cause of Ms. Rodriguez's death was

23   "natural causes" and that "no injuries caused or contributed to her death."  A true and correct

24   copy of the Coroner's report is attached herto as exhibit 3.

25

26

DECLARATION OF JOHN DiCROCE IN SUPPORT OF
SUMMARY JUDGMENT – 3

Cause No.:  2:19-CV-01987-RSM

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480   FAX: (360) 357-3511

11.  SCORE has a video monitoring system in the Jail.  A true and correct DVD copy of video clips recorded on SCORE's system, showing Ms. Rodriguez being transferred between cells on two occasions:  on 12/31/17 and on 1/3/18, are attached hereto as exhibit 4 and 5 respectively.

I declare under penalty of perjury under the law of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this *19TH* day of July, 2021 at *Des Moines*, WA.

_____
John DiCroce

**DECLARATION OF JOHN DiCROCE IN SUPPORT OF SUMMARY JUDGMENT – 4**

Cause No.:  2:19-CV-01987-RSM

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

SPILLMAN JAIL MANAGEMENT SYSTEM>INMATE SEARCH>RODRIGUEZ, DAMARIS (02/15/74)

Inmate - Spillman Flex

File   Edit   Search   Imaging   Jail   Reports   Help

Search   Add   Clear   Cancel   Use   Partition   File
Name Record   Move Inmate   Assign Housing   Medical Information   Identify

Agency: SCOR   Inmate Number: 55197   Last Modified: 01/04/2018 07:24:50

| Last | First | Middle | Suffix | Name Number | | SMI |
|------|-------|--------|--------|-------------|--|-----|
| RODRIGUEZ | DAMARIS | | | 73166 | | |

| DOB | Sex | Race | | Ethnicity | Hair |
|-----|-----|------|--|-----------|------|
| ▆▆▆▆ | F | W | | Non-Hispanic | BROWN |

| Address | | Eyes | Height | Weight |
|---------|--|------|--------|--------|
| ▆▆▆▆ | | BROWN | 5'01" | 130 |

| City | State |
|------|-------|
| SEATAC | WA |

Images

Flags

| Assigned Housing: | | Current Booking: | | ☐ Handicap Access |
|---|---|---|---|---|
| Current Location: | | Booking Date: __/__/____ __:__ | | ☐ Confidential Record |
| Bed: | | Release Date: __/__/____ __:__ | | ☑ House as Adult |
| | | | | ☐ In Custody |

Security   Judicial Status   Institutional   Disciplinary Actions   Keep Separate   Log   Housing   Movement   Visitors   Involvements
Additional Info   Scheduled Events   Bookings   Sentences   Arrests   Offenses   Incidents   Bonds   Bond Payments   Assessments   Flags   Prints   Risk Factors

| Number | Booking Date | Booking Type | Disposition | Scheduled Release | Release Date |
|--------|--------------|--------------|-------------|-------------------|--------------|
| ▶ 17-23796 | 12/30/2017 14:40:00 | SEATAC | SEATAC BOOKING | | 01/04/2018 07:18:11 |

**EXHIBIT 1**

27-0001



# SCORE South Correctional Entity

Booking Sheet for Booking # 17-23796

**Name #:** 73166
**Name:** RODRIGUEZ, DAMARIS
**Address:** ███████████
SEATAC, WA 98188
**Born:** ,

| | | NO PHOTO AVAILABLE | NO PHOTO AVAILABLE |

**Personal Identification**

**Drivers Lic:** ████████        **State:** NY
**Home Phone:** ( ) -           **Local ID:**
**Work Phone:** ( ) -           **State ID:**
**Soc. Sec.:** ████████         **FBI Num:**

**Physical Description**

| | | | |
|---|---|---|---|
| **DOB:** ████████ | **Eyes:** BRO | |
| **Race:** W | **Glasses:** N | **Complxn:** OLV |
| **Sex:** F | **Hair:** BRO | **Build:** |
| **Hgt:** 5'01" | **Hair Style:** | **Ethnic:** NHIS |
| **Wgt:** 130 | **Beard:** N | |

**Assigned Housing:**                    **Booking Date:** 14:40:00 12/30/17
**Current Location:**                     **Release Date:** 07:18:11 01/04/18
**Property Bag:**                         **Booked By:** PALMORE B

## No Active Holds Located

| Cause # | Description | Bill To | Court | Bail Amt | Bail Type | DSP |
|---|---|---|---|---|---|---|
| Y17063286 | ASSAULT 4TH DEGREE/DV (GM) | | STC | $0.00 | CSBD | DIS |





27-0002

```
02/23/18                    SCORE South Correctional Entity                      993
14:49                         Main Names Table:                      Page:     1
   Name and Address
   Number      73166
    Last   RODRIGUEZ                First  DAMARIS        Middle
   Address  ███████████████████    Address History
     City   SEATAC         State  WA       ZIP  98188
     Zone                   Area
    Death  01/04/18        Alias
 Moniker


   Personal Identification
   ███████████████████              SSN  ███████████      State ID
                        lass        FBI                    Local ID
   Home Tel  (    )    -        Other Tel
   Work Tel  (    )    -         Internet


   Physical Description
   ███████████ Deceased (43) BRO  BROWN         Complxn  OLV  Olive
   R███████████ite, No Glasses  N   No Glasses/Con Speech
     Sex   F    Female           Hair  BRO  BROWN          Teeth
   Gender  FEM  Female         Hairstyle                   Build
   Height  5'01155 cm           Beard  N    No Beard, CleanEthnic  NHIS  Non-Hispanic
   Weight  130   59kg


   Traits
                 Name Type  INDIV    Sub Type
   Scars, Marks, and Tattoos
                      MO


   Narrative/Other
   Alert Codes
     Comments
   Addresses         Premis      Xtra  o?= Visited Inmates      Had Visitors
       Image         Merge


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


 INVOLVEMENTS:
 Type   Record #    Date      Description                  Relationship
 BK    17-23796   01/04/18    ASSAULT 4TH DEGREE/DV        *Released

 Name history:
                         Name/Address/Phone History
 Expired    Address      City      ST Zip   Phone   Last Name   First    M
 01/04/18                                   (    )  RODRIGUEZ   DAMARIS


 Additional Name Information:
```

```
    Name and Address
Number:    73166
   Last: RODRIGUEZ                      First: DAMARIS          Mid:
   Addr& ███████████████████                      Phone: (    )    -
   City: ███████████████    WA  ZIP: 98188   DOB: ██████████   SSN: ████████████


    Demographics
Birth City:                  State:              Education:  0 years
Citizenship:                                     Shoe Size:
Birth Cntry:                                     Cover Size:
   Religion:                                      Misc. Size:
    Marital:                                     Commissary:
     School:


    Contact
   Contact: REYNALDO GIL-PAULINO                Relationship:
   Address: █████████████████████                       Phone: (    )    -


    Employer
    Employer:                          Employer Phone: (    )    -
     Address:
    Job Desc:                               Job Phone: (    )    -
   Job Locatn:                             Date Hired:    /  /
   Supervisor:                       Super Work Phone: (    )    -
Prof Licenses:                        Super Home Phone: (    )    -


    Probation
   Probation:                             Prob Officer:
      Henry:                                  Attorney:
                              NCIC Print:
```



# SCORE South Correctional Entity

Jail Events Summary Report, By Date, Time With Comments

---

**Event Date:** 12/30/17

| | | |
|---|---|---|
| **Time:** 14:40:00 | **Officer:** PALMORE B | **Event Type:** ARREST |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

| | | |
|---|---|---|
| **Time:** 14:45:00 | **Officer:** PALMORE B | **Event Type:** INMATE DISCIPLINARY PROBLEM |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

```
Seatac arrived with a female needed "assistance."
The arresting officer stated she has been spitting and not following directives.
Sgt Scott and myself (B.Palmore112) were escorting Inmate Rodriguez into the intake area.
While in the sally port Inmate Rodriguez stopped and didn't want to walk on her own.
Inmate Rodriguez lifted up on of her feet and appeared to turn her body towards the officers.
Officer Bryant, Sgt Scott and myself escorted inmate into B02.
A pat search was conducted and inmates wrist restraints were changed into our score jail
issued cuffs.
```

| | | |
|---|---|---|
| **Time:** 15:09:39 | **Officer:** PALMORE B | **Event Type:** INMATE CELL CHANGE |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

| | | |
|---|---|---|
| **Time:** 15:17:04 | **Officer:** PALMORE B | **Event Type:** GENERAL JAIL NOTES |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

```
Inmate was escorted to B05 by Sgt Scott and myself at approx. 1500 hours.

Inmates wrist restraints were taken off.
```

| | | |
|---|---|---|
| **Time:** 15:26:33 | **Officer:** SCOTT B | **Event Type:** MENTAL HEALTH REFERRAL |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

```
INMATE RODRIGUEZ WAS OBSERVED ON THE BOOKING SERGEANT'S MONITOR WALKING AROUND HER CELL
NAKED. I REVIEWED THE "PC" STATEMENT ON THE ARREST FORM AND IT STATED THAT THE VICTIM IN THIS
 CASE REPORTED TO ARRESTING OFFICERS THAT INMATE RODRIGUEZ HAS A DIAGNOSED MENTAL HEALTH
CONDITION. THE VICTIM FURTHER STATED THAT THE DOCTORS "DECLINED TO PUT HER ON ANY
MEDICATION".
BASED UPON THIS AND HER BEHAVIOR WHILE AT SCORE, I CONTACTED MHP BILLIE TO COME EVALUATE HER
IN BOOKING
```

| | | |
|---|---|---|
| **Time:** 23:56:42 | **Officer:** FIELDS,A | **Event Type:** GENERAL JAIL NOTES |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

I asked Inmate Rodriguez if she would like to change into a jail uniform. Inmate Rodriguez laughed hystrically and told me to open the door in Spanish. Inmate Rodriguez then proceeded to wink at me and smile.

**Total for 12/30/17:  6**

---

**Event Date:**  12/31/17

| | | |
|---|---|---|
| **Time:** 01:21:00 | **Officer:** Orlando, G | **Event Type:** GENERAL JAIL NOTES |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

Attempted to talk to Inmate Rodriguez. Inmate Rodriguez yelled unintelligable words at me while being naked and making obscene gestures.

| | | |
|---|---|---|
| **Time:** 07:32:14 | **Officer:** GAUDFELICIANO,I | **Event Type:** GENERAL JAIL NOTES |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

attempted to talk to Inmate Rodriguez with booking Nurse Martin to get a medical screening. Inmate Rodriguez told Nurse Martin that she does not have any medical issues do not take any kind of madication. No additional information was gathered.

| | | |
|---|---|---|
| **Time:** 10:07:24 | **Officer:** THOMAS F | **Event Type:** SERGEANT WALK THROUGH |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

Contacted SCORE MHP Jessica in regard to Inmate Rodriguez currently side celled in B05. Subject appears to be under the influence of drugs or have mental health issues. She is completely naked and occasional screaming in the cell. Jessica stated she would talk to her soon.

F. Thomas J14

| | | |
|---|---|---|
| **Time:** 16:36:28 | **Officer:** MARKEN C | **Event Type:** GENERAL JAIL NOTES |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

Inmate Rodriguez was to be housed in medical for mental health observation. Due to an inmate from housing, being placed on enhanced watch, Inmate Rodriguez was unable to be moved.

| | | |
|---|---|---|
| **Time:** 18:30:00 | **Officer:** DORE J | **Event Type:** GENERAL JAIL NOTES |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

When I came on shift Inmate Rodriguez was naked kneeling infront of the tiolet talking in the tiolet bowl.  The tiolet was full of multiple sack lunches and misc garbage heaped above the tiolet rim.  I attempted to talk with her but she kept chanting and talking to the tiolet and the wall.  She was unaware that I was even trying to talk with her through the glass cell window.

| | | |
|---|---|---|
| **Time:** 19:30:00 | **Officer:** DORE J | **Event Type:** GENERAL JAIL NOTES |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

While Inmate Rodriguez was standing in the corner of the cell chanting to herself and throwing her sandwich at the ceiling, I picked up her jail uniform that was on the floor and tossed it to her.  It fell on the floor infront of her and I  shut the cell door.  Through the cell door window I asked her to put it on. She put both pieces on as she danced around

the cell talking and chanting to herself in Spanish, but within 2 minutes she stripped off the pants and the shirt.

At this time she continues to chant and talk to herself.  She is unable to follow any directions.

| **Time:** 21:19:46 | **Officer:** ALLEN C | **Event Type:** INMATE CELL CHANGE |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

Inmate assigned new housing.
Previous location: - ()
New location: M 17-A ( LOWER)

| **Time:** 21:19:50 | **Officer:** ALLEN C | **Event Type:** INMATE CELL CHANGE |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

| **Time:** 21:19:57 | **Officer:** DORE J | **Event Type:** GENERAL JAIL NOTES |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

I asked Inmate Rodriquez again if she would put on a uniform. I tosssed her the uniform from the door and she eagerly put it on.  She also said she was thristy.  I told her I was moving her to Medical.  With Officer Allen I entered the cell.  She was already on the ground so I rolled her over and appplied handcuffs to her wrists.  She talked the entire time, but was compliant and followed my directions. I doubled locked the handcuffs and Officer Allen and I helped her stand.  She walked with some assistance, but seemed anxous to get walked somewhere  and was compliant the entire time.

Once I entered Medical cell 17 we placed her face down on the mattress.  I removed her handcuffs and she again was compliant and remained on the bed until Officer Allen and I exited the cell.

| **Time:** 21:20:01 | **Officer:** ALLEN C | **Event Type:** CUSTODY STATUS FORM |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

SCORE - SOUTH CORRECTIONAL ENTITY
NOTICE OF INMATE MOVEMENT TO RESTRICTED HOUSING

Inmate Name: Rodriguez, Damaris
Name #: 73166

__ You have been placed into Restricted Housing
                    Due to:
          __ Potentially aggressive behavior ( Two Officer Escort)

          __ Continued disruptive behavior, which interferes
             with the peace and orderly operation of the jail.

          __ Escape Risk.

          __ Investigative Purposes.

          __ Gang Affiliation/Membership. Supporting documentation

          __ Threat Group Affiliation/Membership

This movement is:

      __ Voluntary. (You chose this placement for your own protection.)

      _x_ Involuntary. (Staff has chosen this placement for your safety and for the safety of others.)

_X_ You have been placed into Medical/Mental Health Housing

      __ By order of Jail Staff.

      _X_ By order of Medical Staff.

---------------------------------------------------------------

You may request a hearing, in writing to the Classification Committee, within 24 hours after receiving this notice to dispute your housing assignment.  The classification committee meets weekly and will review your request.  The classification committee will issue their decision within 24 hours after meeting.  You may file a written appeal with the Classification Administrator within 72 hours after receiving the Classification Committee's determination notice.  The Classification Administrator will issue a final housing determination.

---------------------------------------------------------------

DETAILS (Be as specific as possible): Inmate has been placed in Medical Housing per MHP.  She has not been screened by Medical Staff due to being uncooperative during the booking process.

Sergeant Approval: T Barker J22

I certify under penalty of perjury under the laws of the State of Washington that all statements made herein are true and accurate and that I am entering my authorized user ID and password to authenticate it. (RCW 9A.72.085).

Electronically Signed: Yes   Signature:  C Allen J133

Des Moines/King/Washington   Date:  12/31/17

Copy forwarded to: _x__ Inmate; _x__ Inmate File; __x_ Medical Staff

---------------------------------------------------------------

Medical Clearance(Yes/No): ____yes____  Medical Staff signature: _____Rebecca Villacorta_____

Print Name: _____

Date: ____1/3/18_____ Time: _____0841_____

**Total for 12/31/17:  10**

---

**Event Date:**  01/01/18

    **Time:** 17:54:55      **Officer:** WOO W      **Event Type:** GENERAL GANG LOG

    **Qty:** 0      **Inmate:** RODRIGUEZ, DAMARIS

```
From 630 hours to 1830 hours Inmate Rodriguez has been in a manic state.
She ate breakfast lunch but threw her dinner tray.
Inmate Rodriguez has been pounding on her cell door, has not been clothed and ruinied her new
 set of clothes she ws given.
```

**Time:** 22:37:06          **Officer:** CARLIN D          **Event Type:** INMATE DISCIPLINARY
                                                                                    PROBLEM

**Qty:** 0          **Inmate:** RODRIGUEZ,
                              DAMARIS

```
Inmate Rodriguez has intermittently been pounding on her cell door, pounding on the sink, and
 screaming since I assumed shift at 1830
```

**Total for 01/01/18:** 2

---

**Event Date:** 01/02/18

**Time:** 10:08:59          **Officer:** CHASTAIN M          **Event Type:** CLASSIFICATION INTVW
                                                                                    REFUSED

**Qty:** 0          **Inmate:** RODRIGUEZ,
                              DAMARIS

```
Inmate was in her underwear I asked her to cover up she did not seem comprehend what I was
asking will reattempt interview when she is dressed, no response from MHP at this time, no
changes until cleared by medical and mental health,
```

**Time:** 13:02:18          **Officer:** WOO W          **Event Type:** GENERAL JAIL NOTES
**Qty:** 0          **Inmate:** RODRIGUEZ,
                              DAMARIS

```
Inmate Rodriguez was successfuly moved cells without any problems.
```

**Time:** 13:04:44          **Officer:** WOO W          **Event Type:** INMATE CELL CHANGE
**Qty:** 0          **Inmate:** RODRIGUEZ,
                              DAMARIS

```
Inmate assigned new housing.
Previous location: M 17-A ( LOWER)
New location: M 16-A ( LOWER)
```

**Time:** 13:04:53          **Officer:** WOO W          **Event Type:** INMATE CELL CHANGE
**Qty:** 0          **Inmate:** RODRIGUEZ,
                              DAMARIS

**Time:** 13:23:37          **Officer:** CHASTAIN M          **Event Type:** CLASSIFICATION GENERAL
                                                                                    LOG

**Qty:** 0          **Inmate:** RODRIGUEZ,
                              DAMARIS

```
Per MHP not appropriate for GP due to mental health issues
```

**Total for 01/02/18:** 5

---

**Event Date:** 01/03/18

**Time:** 06:49:11          **Officer:** HEATH B          **Event Type:** UNUSUAL CIRCUMSTANCES

---

**Qty:** 0                              **Inmate:** RODRIGUEZ, DAMARIS

When conducting a jail tour in medical, I observed Inmate Rodriguez curled up on the cell floor completely nude. I received a passdown from prior Sergeant on shift stating Inmate Rodriguez has displayed very unusual behaviors, including walking around her cell nude. Her cell window has been covered to not allow other inmates to view her. Rodriguez does not have a curtain hanging up within her cell due to her unusual demeanor and behaviors.

---

**Time:** 07:15:26            **Officer:** FOY,C            **Event Type:** INMATE MEAL REFUSED

**Qty:** 0                              **Inmate:** RODRIGUEZ, DAMARIS

Refused breakfast. I asked her two times if she would like to have breakfast, she ignored me both times. I asked her a third time and still did not respond.

---

**Time:** 07:22:35            **Officer:** FOY,C            **Event Type:** GENERAL JAIL NOTES

**Qty:** 0                              **Inmate:** RODRIGUEZ, DAMARIS

Since arriving on shift at 0630 I/M Rodrigues has been making odd noised and then screaming. When I try to talk to her it seems that she does not understand what I try to tell her. I tried to offer her breakfast but she would not accept.

---

**Time:** 09:37:57            **Officer:** ESLINGER N            **Event Type:** RELEASE PLANNING

**Qty:** 0                              **Inmate:** RODRIGUEZ, DAMARIS

Bus tickets placed in Inmate's property; remainder of release planning provided by MHP

---

**Time:** 10:45:21            **Officer:** Glover, E            **Event Type:** GENERAL JAIL NOTES

**Qty:** 0                              **Inmate:** RODRIGUEZ, DAMARIS

Inmate Rodriguez has spent about 15 minutes making vomiting noises and screaming.

---

**Time:** 11:36:12            **Officer:** FOY,C            **Event Type:** ON SITE ADJUSTMENT

**Qty:** 0                              **Inmate:** RODRIGUEZ, DAMARIS

on 1/3/18 at approximately 1132 I asked I/M Rodriguez if she would like a lunch tray. She initially stated "no" I then asked her again if she would like to eat and she said yes. I then opened her cuffport and was in the process of handing her a tray when she tried to grab my arm. I pulled away before she could grab me but due to this behavior and how unpredictable she has been she will be placed on sack meals. SGT Heath was notified.

---

**Time:** 13:11:53            **Officer:** FOY,C            **Event Type:** GENERAL JAIL NOTES

**Qty:** 0                              **Inmate:** RODRIGUEZ, DAMARIS

on 1/3/18 at approximately 1312 I heard puking noises coming from cell M16. When I looked at the camera I could see I/M Rodriguez making herself puke on the floor. Medical was notified.

---

**Time:** 14:49:45            **Officer:** FOY,C            **Event Type:** INMATE CELL CHANGE

**Qty:** 0                              **Inmate:** RODRIGUEZ, DAMARIS

Inmate assigned new housing.
Previous location: M 16-A ( LOWER)

---

27-0010

New location: M 14-B ( LOWER)

| | | |
|---|---|---|
| **Time:** 14:49:52 | **Officer:** FOY,C | **Event Type:** INMATE CELL CHANGE |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

| | | |
|---|---|---|
| **Time:** 14:49:58 | **Officer:** FOY,C | **Event Type:** GENERAL JAIL NOTES |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

on 1/3/17 at approximately 1447 MHP Nancy began to talk to I/M Rodriguez. I previously had
told her that I have noticed Rodriguez making herself puke today. When she began to talk to
her Rodriguez did this again. MHP Nancy then told me that she needs to be moved to a dry cell
 due to this beging damaging to her health and the possibility it could cause a seizure.
Officer Ridgeway and Seipp thgen arrived, Rodriguez was handcuffed and moved to the dry cell.

| | | |
|---|---|---|
| **Time:** 14:52:12 | **Officer:** FOY,C | **Event Type:** ON SITE ADJUSTMENT |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

on 1/3/18 at 1448 while moving I/M Rodriguez to the dry cell she turned to try and face me
and made a spitting motion in my direction. No spit came out and I moved her away from me. I
then left the dry cell and removed her handcuffs through the cuffport.

| | | |
|---|---|---|
| **Time:** 14:54:18 | **Officer:** FOY,C | **Event Type:** GENERAL JAIL NOTES |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

Offer water at 1448, Rodriguez refused.

| | | |
|---|---|---|
| **Time:** 17:51:31 | **Officer:** FOY,C | **Event Type:** INMATE MEAL REFUSED |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

Was asked if she wanted dinner. Would not respond.

**Total for 01/03/18:**  13

---

**Event Date:**  01/04/18

| | | |
|---|---|---|
| **Time:** 07:18:11 | **Officer:** PENNELL J | **Event Type:** INMATE RELEASE |
| **Qty:** 0 | **Inmate:** RODRIGUEZ, DAMARIS | |

**Total for 01/04/18:**  1

**Total Quantity:** 0.00

---

**Report Includes:**

All event dates between `00:00:00 12/30/17` and `23:59:59 01/04/18`, All event end dates matching `01/04/18`, All event
types, All event action codes, All assigned officers matching ` 73166`, All name numbers, All treatment dates

2/26/2018 1:55:03 PM

# jlaslog.num = 159266

| | |
|---|---|
| Assessment By: | *PALMORE B* |
| Date: | *12/30/2017 15:07:59* |
| Assessment: | *BOOKING CLASSIFICATION ASSESSMENT* |
| Name: | *RODRIGUEZ, DAMARIS* |
| Final Classification: | *MINIMUM* |
| Final Score: | *0* |
| Override Reason: | |
| No Entries | |

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

02/26/2018                                    SCORE
13:50:59                              PREA ASSESSMENT REFUSED
                                         (Classification Only)
**Booking Number:**                              Confined
   **Name Number:**        73166        DAMARIS RODRIGUEZ
**Assessment Date:** Tuesday, 01/02/2018 10:08 AM                **Who:**        CHASTAIN M
   **Risk Class:**
   **Final Score:** 0


**Risk Assessment Questions:**


     **Question:** PREA ASSESSMENT REFUSED
       **Answer:** YES
         **Notes:**

27-0013

02/26/2018                                SCORE
14:13:07                         SARN ASSESSMENT REFUSED
                                   (Classification Only)
**Booking Number:**                          Confined
   **Name Number:**       73166      DAMARIS RODRIGUEZ
**Assessment Date:** Tuesday, 01/02/2018 10:08 AM            **Who:**      CHASTAIN M
    **Risk Class:**
   **Final Score:** 0


**Risk Assessment Questions:**


    **Question:** SARN ASSESSMENT REFUSED
      **Answer:** YES
       **Notes:**

2/26/2018 1:56:43 PM

**jlmdsclg.agency = SCOR        jlmdsclg.num = 93836**

**Name Number: 73166**
DAMARIS  RODRIGUEZ, W Female, DOB: ███████

## Screening Text

1. DOES THE ARRESTEE HAVE ANY INDICATIONS OF SIGNIFICANT BLEEDING OR RECENT INJURY?
No

2. IS THE ARRESTEE UNABLE TO STAND AND/OR WALK WITHOUT ASSISTANCE?
No

3. HAS THE ARRESTEE HAD A RECENT SEIZURE OR LOSS OF CONSCIOUSNESS?
No

4. DOES THE ARRESTEE ADMIT TO INGESTING OR PACKING DRUGS TO AVOID DETECTION OR ARREST?
No

5. IS THE ARRESTEE AN OBVIOUSLY PREGNANT FEMALE? (DO NOT ASK, OBSERVATION ONLY)
No

6. DID THE ARRESTEE HAVE O.C. OR TASER APPLICATION OR HAVE K-9 CONTACT?
No

7. DOES THE ARRESTEE HAVE A MEDICAL ALERT BRACELET OR CARD?
No

8. IS THE ARRESTEE CURRENTLY CONSIDERING SUICIDE OR SELF-HARM?
No

9. DOES THE INMATE NEED TO SEE MEDICAL STAFF FOR AN IMMEDIATE MEDICAL PROBLEM SUCH AS SERIOUS BLEEDING, CHEST PAINS, SHORTNESS OF BREATH, HEAD INJURY, SERIOUS PAIN OR RECENT TRAUMA?
No

Screening Date:                          *12/30/2017 15:07:14*
Officer:
Diet:                                    *sack meal only*

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

2/26/2018 1:41:09 PM

**jlinmate.agency = SCOR          jlinmate.num = 55197**

## INMATE

| | |
|---|---|
| Last: | *RODRIGUEZ* |
| First: | *DAMARIS* |
| Middle: | |
| Suffix: | |
| Name Number: | *73166* |
| DOB: | ▮▮▮▮▮▮ |
| Race: | *W* |
| Address: | ▮▮▮▮▮▮ |
| City: | *SEATAC* |
| State: | *WA* |
| Ethnicity: | *Non-Hispanic* |
| Hair: | *BROWN* |
| Eyes: | *BROWN* |
| Weight: | *130* |
| Assigned Housing: | |
| Current Location: | |
| Bed: | |
| Current Booking: | |
| Booking Date: | |
| Release Date: | |
| Handicap Access: | *No* |
| Confidential Record: | *No* |
| House as Adult: | *Yes* |
| In Custody: | *No* |

## Additional Info

## Work Assignments
No Entries

## Scheduled Events
No Entries

## Flags

| Add By | Exp Date | Code | Rank |
|---|---|---|---|
| mchastai | | RH - SEVERE MENTAL ILLNESS | 1 |
| callen | 01/04/2018 07:15:47 | HOLD ON INMATE | 2 |

## Assessments

| Date | Officer | Assessment |
|---|---|---|
| 12/30/2017 15:07:59 | PALMORE B | BOOKING CLASSIFICATION ASSESSMENT |
| 01/02/2018 10:08:28 | CHASTAIN M | SARN ASSESSMENT REFUSED (Classification Only) |
| 01/02/2018 10:08:45 | CHASTAIN M | PREA ASSESSMENT REFUSED (Classification Only) |

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

2/26/2018 1:41:09 PM

**jlinmate.agency = SCOR       jlinmate.num = 55197**

## Medications
No Entries

## Incidents

| Number | Nature | Date | Clearance Disposition |
|---|---|---|---|
| 2964 | MEDICAL EVENT | 01/04/2018 01:30:31 | |

## Prints
No Entries

## Bond Payments
No Entries

## Risk Factors
No Entries

## Security

| Officer | Date Code (Description) | |
|---|---|---|
| bpalmore | 12/30/2017 00:00:00 | MINIMUM |

## Judicial Status

| Officer | Date | Code (Description) |
|---|---|---|
| cfoy | 01/03/2018 00:00:00 | AWAITING ARRAIGNMENT |
| wwoo | 01/02/2018 00:00:00 | AWAITING ARRAIGNMENT |
| callen | 12/31/2017 00:00:00 | AWAITING ARRAIGNMENT |
| bpalmore | 12/30/2017 00:00:00 | AWAITING ARRAIGNMENT |
| bpalmore | 12/30/2017 00:00:00 | AWAITING ARRAIGNMENT |

## Institutional

| Officer | Date | Code (Description) |
|---|---|---|
| mchastai | 01/02/2018 00:00:00 | REFUSED INTERVIEW |
| mchastai | 01/02/2018 00:00:00 | REFUSED INTERVIEW |
| bpalmore | 12/30/2017 00:00:00 | INITIAL CLASSIFICATION COMPLETE |

## Disciplinary Actions
No Entries

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

2/26/2018 1:41:09 PM

**jlinmate.agency = SCOR**          **jlinmate.num = 55197**

## Keep Separate
No Entries

## Log

| Number | Time and Date | Type | Description | Location | Responsible Officer |
|--------|---------------|------|-------------|----------|---------------------|
| 1889888 | 01/04/2018 07:18:11 | IR | INMATE RELEASE | M 14 | PENNELL J |
| 1889564 | 01/03/2018 17:51:31 | IRM | INMATE MEAL REFUSED | MEDICAL HOUSING | FOY,C |
| 1889430 | 01/03/2018 14:54:18 | GEN | GENERAL JAIL NOTES | MEDICAL HOUSING | FOY,C |
| 1889426 | 01/03/2018 14:52:12 | OSA | ON SITE ADJUSTMENT | MEDICAL HOUSING | FOY,C |
| 1889419 | 01/03/2018 14:49:58 | GEN | GENERAL JAIL NOTES | MEDICAL HOUSING | FOY,C |
| 1889418 | 01/03/2018 14:49:52 | ICC | INMATE CELL CHANGE | M 14 | FOY,C |
| 1889417 | 01/03/2018 14:49:45 | ICC | INMATE CELL CHANGE | M 14 | FOY,C |
| 1889332 | 01/03/2018 13:11:53 | GEN | GENERAL JAIL NOTES | MEDICAL HOUSING | FOY,C |
| 1889275 | 01/03/2018 11:36:12 | OSA | ON SITE ADJUSTMENT | MEDICAL HOUSING | FOY,C |
| 1889257 | 01/03/2018 10:45:21 | GEN | GENERAL JAIL NOTES | M16 | Glover, E |
| 1889225 | 01/03/2018 09:37:57 | RP | RELEASE PLANNING | CLASSROOM 01 | ESLINGER N |
| 1889074 | 01/03/2018 07:22:35 | GEN | GENERAL JAIL NOTES | MEDICAL HOUSING | FOY,C |
| 1889068 | 01/03/2018 07:15:26 | IRM | INMATE MEAL REFUSED | MEDICAL HOUSING | FOY,C |
| 1889062 | 01/03/2018 06:49:11 | UNC | UNUSUAL CIRCUMSTANCES | MEDICAL UNIT | HEATH B |
| 1888572 | 01/02/2018 13:23:37 | CLOG | CLASSIFICATION GENERAL LOG | MEDICAL UNIT | CHASTAIN M |
| 1888555 | 01/02/2018 13:04:53 | ICC | INMATE CELL CHANGE | M 16 | WOO W |
| 1888554 | 01/02/2018 13:04:44 | ICC | INMATE CELL CHANGE | M 16 | WOO W |
| 1888553 | 01/02/2018 13:02:18 | GEN | GENERAL JAIL NOTES | M 17 | WOO W |
| 1888458 | 01/02/2018 10:08:59 | CIR | CLASSIFICATION INTVW REFUSED | MEDICAL UNIT | CHASTAIN M |
| 1888186 | 01/01/2018 22:37:06 | IDP | INMATE DISCIPLINARY PROBLEM | M 16 | CARLIN D |
| 1888088 | 01/01/2018 17:54:55 | GLG | GENERAL GANG LOG | M 17 | WOO W |
| 1887720 | 12/31/2017 21:20:01 | CSF | CUSTODY STATUS FORM | M 17 | ALLEN C |
| 1887721 | 12/31/2017 21:19:57 | GEN | GENERAL JAIL NOTES | BOOKING INTAKE | DORE J |
| 1887719 | 12/31/2017 21:19:50 | ICC | INMATE CELL CHANGE | M 17 | ALLEN C |
| 1887718 | 12/31/2017 21:19:46 | ICC | INMATE CELL CHANGE | M 17 | ALLEN C |

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

2/26/2018 1:41:09 PM

**jlinmate.agency = SCOR          jlinmate.num = 55197**

## Housing

| Event | Assign Date | Release Date | Location |
|---|---|---|---|
| ICC | 01/03/2018 14:49:45 | 01/04/2018 07:24:34 | M 14 |
| ICC | 01/02/2018 13:04:44 | 01/03/2018 14:49:45 | M 16 |
| ICC | 12/31/2017 21:19:46 | 01/02/2018 13:04:44 | M 17 |

## Movement

| Event | In Date | Out Date | Location |
|---|---|---|---|
| ICC | 01/03/2018 14:49:52 | 01/04/2018 07:18:11 | M 14 |
| ICC | 01/02/2018 13:04:53 | 01/03/2018 14:49:52 | M 16 |
| ICC | 12/31/2017 21:19:50 | 01/02/2018 13:04:53 | M 17 |
| ICC | 12/30/2017 15:09:39 | 12/31/2017 21:19:50 | B05 |
| ICC | 12/30/2017 15:00:44 | 12/30/2017 15:09:39 | B02 |

## Visitors

Date Visitor Last Visitor First Location

## Involvements

## Cash Account

Show open accounts only:                    *No*
No Entries

## Inmate Mail

No Entries
Last Modified:                    *01/04/2018 07:24:50*

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

27-0019

2/26/2018 1:47:38 PM

## jlbook.agency = SCOR jlbook.num = 17-23796

## Name Number: 73166

DAMARIS  RODRIGUEZ, W Female, DOB: ████████

| | |
|---|---|
| Agency Booked For: | *SEATAC* |
| Booking Type: | *SEATAC* |
| Initial Booking Date: | *12/30/2017 14:40:00* |
| Last Intake Date: | *12/30/2017 14:40:00* |
| Case/Cause #: | *C17063286* |
| PCN: | |
| Booking Disposition: | *SEATAC BOOKING* |
| Scheduled Release: | |
| Actual Release: | *01/04/2018 07:18:11* |
| Req Bond Payments Due: | *$0.00* |
| Charge Housing: | *Yes* |
| Non-Custody Booking: | *No* |

## Additional Info

## Holds

| Clearance Description | Code | Enter Date | Clear Date | Clear By |
|---|---|---|---|---|
| Enter By | | | | |
| Deceased BOOKING  INCOMPLETE | | 12/31/2017 21:29:05 | 01/04/2018 07:15:34 | PENNELL J |
| ALLEN C | | | | |

## Commitments

No Entries

## Bonds

| Number | Type | Req Due | Opt Due | Remaining | Clear Date | Clearance |
|---|---|---|---|---|---|---|
| 195971 | CASH OR BOND | 5000.00 | 0.00 | 0.00 | 01/04/2018 00:00:00 | MPR |

## Sentences

No Entries

## Arrests

| Number | Date | Description | Class Code | Reference |
|---|---|---|---|---|
| 119346 | 12/30/2017 15:04:29 | NEW  ARREST | | |

## Offenses

| Number | Counts | Statute | Offense Desc | Agency | Dispo. |
|---|---|---|---|---|---|
| Court | Jud. Status | Status Date | | | |
| 208627 | 1 | 9A.36.041DV - ASSAULT 4TH DEGREE/DV | ALL CHARGES | STC - SEATAC | DIS - DISMISSED |
| SEATAC | | | | | |

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

27-0020

2/26/2018 1:47:38 PM

## jlbook.agency = SCOR jlbook.num = 17-23796

## Intake & Release

| Credit Arrived | Credit Release | Intake Type | Rel Type | Release Disp. |
|---|---|---|---|---|
| 12/30/2017 14:40:00 | 01/04/2018 07:18:11 | ARREST INMATE | RELEASE | INMATE RELEASED |

## Billing

0.00

Charge Booking Fee: No

| Off. Number | Type Agency | Start Billing | End Billing | Offense |
|---|---|---|---|---|
| DAILY HOUSING FEE | SEATAC | 12/30/2017 14:40:00 | 01/04/2018 07:18:11 | |

## Global Adjustments
No Entries

## Issue
No Entries

## Take

| Taken By | Room Location | Number Of Items |
|---|---|---|
| PALMORE B | Inmate Property Room | 200 | 3 |

## Involvements

## Status
Submitted to Prosecutor:
Court Date:
Court Event:

## Cash Account
Show open accounts only:     No
No Entries

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

2/26/2018 1:48:20 PM

## jlarrest.agency = STC  jlarrest.num = 119346

## Name Number: 73166

DAMARIS  RODRIGUEZ, W Female, DOB: ███████

| | |
|---|---|
| Date: | *12/30/2017 15:04:29* |
| Location: | |
| Area: | |
| Age at Arrest: | *43* |
| Arrest Type: | *NEW ARREST* |
| Juvenile Disposition: | |
| Pre-Sentence Class: | |
| Arresting Officer: | |
| Arresting Agency: | *SEATAC* |
| Reference: | |
| Tracking: | |

## Circumstances

No Entries

## Offenses

| Number | Counts | Statute | Offense Desc | Agency | Dispo. | Jud. Status | Status Date | Court |
|---|---|---|---|---|---|---|---|---|
| 208627 | 1 | 9A.36.041DV | ALL CHARGES | STC | DIS | | | SEATAC |

## Bookings

| Number | Book Date | Booking Type | Disposition | Scheduled Release | Actual Release |
|---|---|---|---|---|---|
| 17-23796 | 12/30/2017 14:40:00 | SEATAC SEATAC BOOKING | | | 01/04/2018 07:18:11 |

## Involvements

## Criminal Application

| | |
|---|---|
| Bodily Injury: | *No* |
| Flight: | *No* |
| Commission of a Crime: | *No* |
| Felony/Misd.: | |
| With Notice: | |
| Date Filed: | |
| Complaint By: | |
| Complainant: | |
| Citation No(s): | |
| Remarks SID#: | |
| : | *No* |
| | *automatically generated* |

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

27-0022

2/26/2018 1:49:14 PM

## jloffens.agency = STC  jloffens.num = 208627

## Name Number: 73166

DAMARIS  RODRIGUEZ, W Female, DOB: ▮▮▮▮▮▮

| | |
|---|---|
| Counts: | 1 |
| Statute: | 9A.36.041DV - ASSAULT 4TH DEGREE/DV |
| Offense Code: | ALL - ALL CHARGES |
| Offense Type: | RCW - RCW |
| Crime Class: | GM - GROSS MISDEMEANOR |
| Jurisdiction: | RCW - RCW |
| WSP Code: | 0113400 - 9A.36.041(2) ASSAULT-4 |
| Location: | |
| Area: | |
| Date: | 12/30/2017 15:05:35 |
| TN Suffix: | |
| Related Incident: | |
| Cause/Case #: | Y17063286 |
| Entry Code: | |
| Court Code: | STC - SEATAC |
| Alcohol/Drug: | |
| Disposition: | DIS - DISMISSED |
| Disposition Date: | 01/04/2018 |

## Additional Info

## Bookings

| Number | Book Date | Booking Type | Disposition | Scheduled Release | Actual Release |
|---|---|---|---|---|---|
| 17-23796 | 12/30/2017 14:40:00 | SEATAC SEATAC BOOKING | | | 01/04/2018 07:18:11 |

## Prints

Prints By:
Prints Date:
Reference:

## Status

| | |
|---|---|
| Prosecutor Agency: | STC - SEATAC |
| Cause/Case #: | C17063286 |
| No Entries | |

## Billing

No Entries

## Local ID

No Entries

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

2/26/2018 1:49:14 PM

## jloffens.agency = STC  jloffens.num = 208627

### Arrests

| Number | Date | Description | Class | Code | Reference |
|---|---|---|---|---|---|
| 119346 | 12/30/2017 15:04:29 | NEW ARREST | | | |

### Bonds

| Number | Type | Req Due | Opt Due | Remaining | Clear Date | Clearance |
|---|---|---|---|---|---|---|
| 195971 | CSBD | 5000 | 0 | 0 | 01/04/2018 00:00:00 | MPR |

### Sentences

No Entries

### Involvements

: *No*

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

2/26/2018 1:50:17 PM

# jlbond.agency = SCOR jlbond.num = 195971

# Name Number: 73166

DAMARIS  RODRIGUEZ, W Female, DOB: ▮▮▮▮▮▮

| | |
|---|---|
| Total Due: | *0* |
| Bond Type: | *CASH OR BOND* |
| Remaining Due: | *0* |
| Issue Date: | *01/03/2018* |
| Entered By: | *SCOTT B* |
| Opt. Percent: | |
| Required Amount: | *5000* |
| Remaining: | *0* |
| Optional Amount: | *0* |
| Remaining: | *0* |
| Case/Cause #: | *Y17063286* |
| Issuing Judge: | |

## Additional Info

## Sentences

No Entries

## Booking

| Number | Book Date | Booking Type | Disposition | Scheduled Release |
|---|---|---|---|---|
| | Actual Release | | | |
| 17-23796 | 12/30/2017 14:40:00 | SEATAC SEATAC BOOKING | | |
| | 01/04/2018 07:18:11 | | | |

## Offense

| Number | Counts | Statute | Offense Desc | Agency | Dispo. | Jud. Status | Status Date | Court |
|---|---|---|---|---|---|---|---|---|
| 208627 | 1 | | ASSAULT 4TH DEGREE/DV | ALL CHARGES | STC | DIS | | SEATAC |

## Payments

No Entries

| | |
|---|---|
| Clear By Exception: | *Yes* |
| Cleared By: | *PENNELL J* |
| Date: | *01/04/2018* |
| Clearance Code: | *MEDICAL PERSONAL RECOGNIZANCE* |
| Description: | *RELEASED* |
| Disposed: | *No* |
| Disposed By: | |
| Disposed Date: | |

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

2/26/2018 1:57:11 PM

## jlinmate.num = 55197

Inmate:                    *RODRIGUEZ*
                          *DAMARIS*

## Current

| Exp Date | Code | Rank |
|----------|------|------|
|          | RH - SEVERE MENTAL ILLNESS | 1 |

## Archive

| Exp Date | Code | Rank |
|----------|------|------|
| 01/04/2018 07:15:47 | HOLD ON INMATE | 2 |

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

2/26/2018 1:50:42 PM

## jlprgrp.agency = SCOR jlprgrp.num = 120648

## Name Number: 73166

DAMARIS  RODRIGUEZ, W Female, DOB: ▮▮▮▮

| | |
|---|---|
| | *17-23796* |
| Bin: | *200* |
| : | *No* |
| Room Number: | *Inmate Property Room* |
| Received By: | *PALMORE B* |
| Received Date: | *12/30/2017 15:06:19* |
| Received Receipt: | *240522* |

### Items

| Added By | Quantity | Item | Description |
|---|---|---|---|
| bpalmore | 1.00 | DRESS | MULTI |
| bpalmore | 1.00 | ID | BENEFIT ID CARD |
| bpalmore | 1.00 | OTHER | ROBE |

## Disposition
### Release

| | |
|---|---|
| Release To: | *Property Room* |
| Release Receipt: | *241103* |
| Description: | *Temp Storage for 60 days* |
| Return/Release By: | *PENNELL J* |
| Date: | *01/04/2018 07:23:54* |
| Return Receipt: | *0* |

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

27-0027



# SCORE South Correctional Entity

Booking Sheet for Booking # 17-23796

| | |
|---|---|
| **Name #:** | 73166 |
| **Name:** | RODRIGUEZ, DAMARIS |
| **Address:** | , |
| **Born:** | , |

**Personal Identification**

| | | | |
|---|---|---|---|
| **Drivers Lic:** | ███████ | **State:** | WA |
| **Home Phone:** | ( ) - | **Local ID:** | |
| **Work Phone:** | ( ) - | **State ID:** | |
| **Soc. Sec.:** | - - | **FBI Num:** | |

**Physical Description**

| | | | | | |
|---|---|---|---|---|---|
| **DOB:** | ████ (43 yrs) | **Eyes:** | BRO | | |
| **Race:** | W | **Glasses:** | | **Complxn:** | |
| **Sex:** | F | **Hair:** | BRO | **Build:** | |
| **Hgt:** | 5'01" | **Hair Style:** | | **Ethnic:** | |
| **Wgt:** | 130 | **Beard:** | | | |

| | | | |
|---|---|---|---|
| **Assigned Housing:** | M 17 | **Booking Date:** | 14:40:00 12/30/17 |
| **Current Location:** | M 17 | **Release Date:** | **:**:** **/**/** |
| **Property Bag:** | 200 | **Booked By:** | PALMORE B |

Needs Complete Booking Done

| Cause # | Description | Bill To | Court | Bail Amt | Bail Type | DSP |
|---|---|---|---|---|---|---|
| C17063286 | ASSAULT 4TH DEGREE/DV (GM) | | STC | $0.00 | NOB | AR |

RODRIGUEZ, DAMARIS
Name #73166DOB: ███

RODRIGUEZ, DAMARIS
Name #73166DOB: ███

27-0028



# SCORE South Correctional Entity

Booking Sheet for Booking # 17-23796

| | |
|---|---|
| **Name #:** 73166 | |
| **Name:** RODRIGUEZ, DAMARIS | |
| **Address:** , | |
| **Born:** , | |

**Personal Identification**

| | | | |
|---|---|---|---|
| **Drivers Lic:** ▮▮▮▮ | **State:** WA | |
| **Home Phone:** ( ) - | **Local ID:** | |
| **Work Phone:** ( ) - | **State ID:** | |
| **Soc. Sec.:** - - | **FBI Num:** | |

**Physical Description**

| | | | |
|---|---|---|---|
| **DOB:** ▮▮▮ (43 yrs) | **Eyes:** BRO | |
| **Race:** W | **Glasses:** | **Complxn:** |
| **Sex:** F | **Hair:** BRO | **Build:** |
| **Hgt:** 5'01" | **Hair Style:** | **Ethnic:** |
| **Wgt:** 130 | **Beard:** | |

| | |
|---|---|
| **Assigned Housing:** M 16 | **Booking Date:** 14:40:00 12/30/17 |
| **Current Location:** M 16 | **Release Date:** **:**:** **/**/** |
| **Property Bag:** 200 | **Booked By:** PALMORE B |

Needs Complete Booking Done

| Cause # | Description | Bill To | Court | Bail Amt | Bail Type | DSP |
|---|---|---|---|---|---|---|
| Y17063286 | ASSAULT 4TH DEGREE/DV (GM) | | STC | $5000.00 | CSBD | PTH |



27-0029



# SCORE South Correctional Entity

Booking Sheet for Booking # 17-23796

| | |
|---|---|
| **Name #:** 73166 | |
| **Name:** RODRIGUEZ, DAMARIS | |
| **Address:** ███████ | |
| SEATAC, WA 98188 | |
| **Born:** , | |

**Personal Identification**

| | | | |
|---|---|---|---|
| **Drivers Lic:** ███████ | | **State:** NY |
| **Home Phone:** ( ) - | | **Local ID:** |
| **Work Phone:** ( ) - | | **State ID:** |
| **Soc. Sec.:** ███████ | | **FBI Num:** |

**Physical Description**

| | | | |
|---|---|---|---|
| **DOB:** ████ (43 yrs) | **Eyes:** BRO | |
| **Race:** W | **Glasses:** N | **Complxn:** OLV |
| **Sex:** F | **Hair:** BRO | **Build:** |
| **Hgt:** 5'01" | **Hair Style:** | **Ethnic:** NHIS |
| **Wgt:** 130 | **Beard:** N | |

| | |
|---|---|
| **Assigned Housing:** M 14 | **Booking Date:** 14:40:00 12/30/17 |
| **Current Location:** M 14 | **Release Date:** **:**.**:** **/**/** |
| **Property Bag:** 200 | **Booked By:** PALMORE B |

Needs Complete Booking Done

| Cause # | Description | Bill To | Court | Bail Amt | Bail Type | DSP |
|---|---|---|---|---|---|---|
| Y17063286 | ASSAULT 4TH DEGREE/DV (GM) | | STC | $5000.00 | CSBD | AR |

1/4/2018 7:23:04 AM

**jlbktime.num = 17-23796**

**Name Number: 73166**          **Confined SCOR     Pending**

DAMARIS  RODRIGUEZ, W Female, DOB: ████████

| | |
|---|---|
| Release Type: | *INMATE RELEASE* |
| Release Disposition: | *INMATE RELEASED* |
| Release Time: | *01/04/2018 07:18:11* |
| Credited Release: | *01/04/2018 07:18:11* |
| Release By: | *PENNELL J* |
| Released To: | *SELF* |
| Release Notes: | *Inmate Rodriguez has been released on Seatac Muni Court cause#Y17063286.* |

*Inmate Rodriguez was pronouced deceased last night and was released to the King County Medical Examiner. Seatac Muni Court has been notified by Mary Roy (Transport/Court Coordinator).*

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

27-0031



**SCORE**

**SOUTH CORRECTIONAL ENTITY**
Serving the Cities of Auburn, Burien, Des Moines, Federal Way, Renton, SeaTac, and Tukwila

# ARRESTING/TRANSPORT OFFICER ASSESSMENT

| Inmate Name: | RODRIGUEZ, DAMARIS | ▉ | 12/20/17 | 1450 |
|---|---|---|---|---|
| | **Last Name, First Name** | **Date of Birth** | **Today's Date** | **Time** |

## ARRESTING / TRANSPORTING OFFICER QUESTIONS

| | NO | YES | If yes, details: |
|---|---|---|---|
| Has this arrestee engaged in any assaultive or violent behavior? | ☐ | ☒ | RESISTING CUFFING SPIT HOOD REQUIRED |
| Has your search of this arrestee or the environment where arrested uncovered any dangerous contraband such as drugs or weapons? | ☒ | ☐ | |
| Has this arrestee attempted to elude or escape from custody? | ☒ | ☐ | |
| Are you aware of this arrestee's consumption or use of a potentially dangerous level of alcohol and or drugs? | ☒ | ☐ | |
| Are you aware of any acute medical condition or injury recently sustained by this arrestee that may require immediate medical attention? | ☒ | ☐ | |
| Has this arrestee demonstrated any behaviors that might suggest mental illness or mental disability? | ☒ | ☐ | |
| Was a medical evaluation completed at scene of arrest? Did the subject refuse to be seen by field medical personnel? | ☒ | ☐ | |
| Do you have a copy of the medical triage or run/contact report? | ☒ | ☐ | |
| Has this arrestee demonstrated behaviors which might suggest he/she wants to hurt or harm him/herself? | ☒ | ☐ | |
| Are you aware of the need to keep this arrestee separate from other persons housed in this facility? | ☒ | ☐ | |
| Do you have information which might assist this agency in the care and or custody of this arrestee? | ☒ | ☐ | |
| Is this subject a known gang affiliate or associate? If so which gang? | ☒ | ☐ | |
| Was this subject arrested in a gang-related incident? | ☒ | ☐ | |
| Per RCW 10.31.100(16)(a), is the arrestee a multiple DUI/PC offender with a "no bail" hold? | ☒ | ☐ | |

| ATAG | 68435 | SEATAC POLICE |
|---|---|---|
| **Printed Officer Name** | **Badge Number** | **Arresting Agency** |

27-0032

# SCORE
## Prison Rape Elimination Act (PREA)
## Inmate Orientation Form

Inmate: __RODRIGUEZ, DAMARIS__   # __73166__
              Last Name,      First Name

The Prison Rape Elimination Act (PREA) is a federal law established to support the elimination and prevention of sexual abuse and sexual harassment in correctional systems. SCORE has a zero tolerance policy towards sexual abuse and sexual harassment. **This includes any sexual act, sexual touch, sexual advance, sexual comment or sexual gesture.**

If you are a victim of sexual assault or sexual harassment you can report it in the following ways:

- Notify any jail staff member.
- Fill out a kite.
- Report the incident directly to the police or your attorney.
- Notify SCORE medical staff.

If you need this information explained to you in a different language or format, please notify staff.

Please refer to any Corrections Officer or staff member for additional information regarding PREA services. You will be provided access to services through the King County Sexual Assault Resource Center. You can access these services by selecting option #8 on the inmate phone system. Advocates are trained to assess the needs of callers and connect them with appropriate resources.

**WAYS TO PROTECT YOURSELF:**

- Avoid isolation or secluded areas.
- Be aware of body language.
- Never share personal information with other inmates.
- Never accept gifts from another inmate.
- Be cautious of inmates offering protection.
- Report all acts of violence against you.

I have been provided with an orientation and written information regarding policies and procedures for reporting sexual misconduct and how to report it to authorities.

Inmate Signature: __REFUSED   522__   Date: __12/30/17__

Corrections Officer/J#: __138__   Date: __12/20/17__

**SCORE**
**Booking/Release Checklist**

Inmate: _Rodriguez Damaris_ #15_73166_ DOB: ███████

Last Name,        First Name

**Booking:**          Date: _12·30·17_  Time: _1440_

☐ Intake Complete:  Proper court/arresting documentation; Property logged; Inmate changed into jail issued uniform; Cobra Banker opened; Property logged and sealed; Booking started; Billing started; and Court scheduled.

Corrections Officer/J# completed: _112_ / _123_ / _____

☒ Booking Complete:  Names completed; X-Names; Initial classification; Warrant check; Pictures; Fingerprints, Medical screening (medical staff); and Booking sheet/prints placed into the court basket.

Corrections Officer/J# completed: _B. PALMORE_ / _512_

☒ Supervisor Review:  All booking paperwork reviewed and checked for accuracy with Spillman.

Sergeant /J# completed: _T. BARKER_ / _J22_

---

**Release:**          Date: _01/04/18_       Time: _0726_

☑ Supervisor Review:  Reviewed all court/booking documentation ensuring inmate is set for release.

Approving Sergeant/J# : _____ / _J19_

☑ Release Complete:  Warrant check; Medical staff advised of release; Information in Spillman updated; Commissary account closed; Property returned and inmate signed receipt; and Inmate released from Spillman.

Corrections Officer/J# completed: _____ / _J19_

☑ Released to: _King County medical examiner_

(Example:  city, family ride, outside agency, treatment, EHL/EHM)

# SCORE
## INMATE MANUAL ACKNOWLEDGMENT

Inmate's Name (Print): _PODRIGUEZ_ _DAMARIS_ _73166_

                             Last Name,                First Name              Name#

### Violations listed below may result in a Minor Infraction:

1. Threatening, intimidating or harassing another inmate.
2. Being in an unauthorized area.
3. Not being fully dressed (pants, shirt and shoes) when away from your bunk.
4. Failing to maintain jail health or cleanliness standards.
5. Horseplay, roughhousing or any other unauthorized contact (includes correspondence) with another inmate or visitor.
6. Interfering with facility support staff.
7. Failure to walk quietly, quickly and directly to or from any area.
8. Vulgar, abusive, profane or rude language or gestures.
9. Unauthorized use or retention of jail issued supplies.
10. Manipulating staff.
11. Obstructing clear view into living areas.
12. Improperly obtaining and/or retaining jail food or failing to return food trays or cups.
13. Changing bunk assignments without permission.
14. Obstructing or tampering with lights or vents.
15. Sharing your razor with another or using another person's razor, or other conduct which involves a hygiene risk to yourself or others.
16. Sitting, standing or lying on garbage cans, tables, steps or railings.
17. Improperly wearing jail clothing.
18. Passing items between housing units or cells.
19. Failure to submit all clothing, blankets and towels during linen or clothing exchange.
20. Making excessive or frivolous requests.
21. Using any intercom for non-emergency purposes.
22. Violation of commissary rules and/or manipulating the commissary system.
23. Purchasing commissary items for another inmate, and/or sharing your commissary items with another inmate.
24. Failure to report or exchange damaged jail issued clothing or linen.
25. Altering items and/or using items for something for other than its intended purpose.

### Violations listed below may result in a Major Infraction:

1. Threatening staff.
2. Interfering with staff duties and responsibilities.
3. Questioning staff about their personal lives or matters (first name, habits, family, friends, etc.)
4. Provoking a fight or confrontation with another inmate.
5. Fighting.
6. Assaulting any other person.
7. Holding any person hostage.
8. Attempting escape or escape.
9. Having or making a real or potential weapon (including replicas).
10. Tampering with any security device.
11. Burning of any kind.
12. Direct indirect involvement in a riot or other organized disturbance.
13. Intentionally mutilating, altering or defacing SCORE jail or another person's property.
14. Possession of or attempting to introduce or distribute contraband.
15. Extortion or blackmail (demanding money or items of value from others by any coercion, intimidation or harassment).
16. Engaging in sexual activity with another person or committing an act of indecent exposure to other inmates or staff, or committing sexual harassment as defined by law.
17. Stealing or knowingly possessing stolen property.

27-0035

## SCORE
## INMATE MANUAL ACKNOWLEDGMENT

18. Fraudulent or improper use of the mail or telephone system, including loaning or allowing another person to use your telephone PIN.
      - Using a PIN other than the one assigned to you;
      - Use of custom calling features (i.e. 3-way calling);
      - Use of the phone or mail to threaten, abuse or harass anyone;
      - Using the mail or phone system to plan or participate in any criminal activity; and
      - Continuing to contact parties who have indicated they do not want contact with you, or anyone you are not legally allowed to have contact with by way of an existing Court order.
19. Lying to staff.
20. Failure to follow any lawful written rule or verbal order of staff.
21. Tattooing or possession of any tattoo paraphernalia or other forms of self-mutilation.
22. Removal or tampering with inmate identification wristband.
23. Being under the influence of any non-prescribed drug or substance or attempting to introduce or manufacture any such substance.
24. Unauthorized retention of any medication you have not been prescribed, or medications you have been prescribed in excess of a single or daily dose.  (If prescribed to the inmate, inmates may possess a one day supply of "keep-on-person" {KOP} medication.)
25. Faking or feigning a medical emergency or serious medical problem.
26. Making a false cry of help (includes false alarms).
27. Officially presenting yourself to be another.
28. Committing three infractions within 180 days.
29. Altering or tampering with any video, audio or telephone equipment or systems.
30. Disturbing the peace, order and routine of the jail.
31. Involvement in activity that could pose a hazard to others or create a security risk.
32. Filing excessive or frivolous grievances.
33. Violation of any local, state or federal law.
34. Writing on or otherwise defacing jail surfaces (walls, floor, property, clothing, etc.).
35. Communication, expression or conduct related to gang affiliation or activity.
36. Refusing to remain in or move to assigned housing.
37. Attempting to commit, or assisting, encouraging, aiding or abetting another to commit any rule violation listed above.
38. Misuse of video visit or telephone system may result in administrative suspension of these privileges prior to or in addition to the infraction process.
39. You may appeal a Major Infraction and have the right to a due process hearing, if you do so in a timely manner.

**By signing this form, I am acknowledging that I have been advised of the following:**

- that there is a copy of the Inmate Manual located in the housing POD at the Corrections Officer's work station and I have received a copy of the Inmate Manual handout.
- it is my responsibility to understand and adhere to the rules that have been outlined in the Inmate Manual and violations of the rules subject me to the disciplinary process.
- that not knowing the rules or not reading the Inmate Manual cannot be used as an excuse by me if I am found to be in violation of any rules.
- that I will be held financially responsible for any expenses related to damage to SCORE property that is caused by me.

REFUSED    J22

| | |
|---|---|
| _____ | 12/30/17 |
| Inmate Signature | Date |

| | |
|---|---|
| 128 | 12/30/17 |
| Corrections Officer Verification | Date |

| **SeaTac Municipal Court** 4800 South 188th Street SeaTac, WA 98188 (206) 973-4610 http://www.ci.seatac.wa.us/court | **Pre-Trial Release / Commitment / Notice of Hearing** |
|---|---|
| **City of SeaTac vs.RODRIGUEZ, DAMARIS , Defendant** **AKA(s):** ____ | **Case Numbers: Y17063286** |
| **DOB:** ▓▓▓▓▓   **CCN:** ___ | |

**Case# Y17063286 : ASSAULT IN THE FOURTH DEGREE**

☑ Dismissed  with prejudice

☑ Def. Released

Other release/commitment orders:

Defendant deceased.

**FAILURE TO COMPLY WITH ANY OF THE ABOVE CONDITIONS MAY RESULT IN THE COURT ISSUING A WARRANT FOR YOUR ARREST OR ENTERING AN ORDER REVOKING RELEASE OR SUSPENDED/DEFERRED SENTENCE WHICH MAY RESULT IN INCARCERATION AND FORFEITURE OF BAIL/BOND POSTED**

DONE IN OPEN COURT this  4  day of  January  , 2018 .

Judge/Pro-Tem  DE Phillipson

Name:  DARRELL PHILLIPSON

I have read and understand the above conditions/information.

Defendant's Signature _____

☐ Served on Defendant

Address: ▓▓▓▓▓▓▓▓  SEATAC,WA,98188

Email: ___ Cell Phone: ___ Home Phone: ___

☐ I authorize courtesy text/email reminders of ☐ court dates ☐ payment due dates. Message and data rates may apply.

Defense Attorney _____

Name  Bonnie Marshall  WSBA No.  47785

*For use by SCORE Jail Personnel*

☐ Commitment served        ☐ Commitment not served

27-0037

| SeaTac Municipal Court<br>4800 South 188th Street<br>SeaTac, WA 98188<br>(206) 973-4610<br>http://www.ci.seatac.wa.us/court | Pre-Trial Release / Commitment / Notice of<br>Hearing |
|---|---|
| City of SeaTac vs.RODRIGUEZ, DAMARIS , Defendant<br>AKA(s): ____ | |
| DOB: ▓▓▓▓   CCN: ___ | Case Numbers: Y17063286 |

☑ Case Y17063286 : Defendant to appear at above court for ☑ ARR ☐ PTR ☐ MOT ☐ READ ☐ JTR
☐ NJT ☐ REV ☐ SEN ☐ CON ☐ MIT on  January 04, 2018  ,at  11:00  ☑ am ☐ pm in Court room #
 Courtroom 1  .

☑ **ORDER APPOINTING COUNSEL**

I hereby appoint and the defendant has received contact information for ☑ Stewart,MacNicholas & Harmell  ___
attorney(s) at law, to represent the above named defendant in the above listed criminal cause number(s).

☑ Stewart,MacNicholas & Harmell
655 West Smith Street, Suite 210
Kent WA 98032
253-859-8840
253-859-2213

Please call or send an email to your assigned attorney. Leave your name, phone number and your next court date. You will be contacted as soon as possible to discuss your case, schedule a meeting time, and answer your questions.

**Case# Y17063286 : ASSAULT IN THE FOURTH DEGREE**

☑ In Custody Bail:$ 5,000.00  ☑ Cash/Bond

**FAILURE TO COMPLY WITH ANY OF THE ABOVE CONDITIONS MAY RESULT IN THE COURT ISSUING A WARRANT FOR YOUR ARREST OR ENTERING AN ORDER REVOKING RELEASE OR SUSPENDED/DEFERRED SENTENCE WHICH MAY RESULT IN INCARCERATION AND FORFEITURE OF BAIL/BOND POSTED**

DONE IN OPEN COURT this  3   day of  January  ,  2018  .

Judge/Pro-Tem _____
Name:  Matt Anderson
I have read and understand the above conditions/information.

Defendant's Signature _____

☐ Served on Defendant
Address: ▓▓▓▓▓▓▓▓,SEATAC,WA,98188

Email: ____ Cell Phone: ____ Home Phone: ____
☐ I authorize courtesy text/email reminders of ☐ court dates ☐ payment due dates. Message and data rates may apply.

Defense Attorney _____
Name ___ WSBA No. ____

*For use by SCORE Jail Personnel*

27-0038

**SeaTac Municipal Court**
**4800 South 188th Street**
**SeaTac, WA 98188**
**(206) 973-4610**
**http://www.ci.seatac.wa.us/court**

*Pre-Trial Release / Commitment / Notice of Hearing*

**City of SeaTac vs.RODRIGUEZ, DAMARIS , Defendant**
**AKA(s):** ____

**DOB:** ▮▮▮▮   **CCN:** ____

**Case Numbers: Y17063286**

✓ Case Y17063286 : Defendant to appear at above court for ✓ ARR ☐ PTR ☐ MOT ☐ READ ☐ JTR
☐ NJT ☐ REV ☐ SEN ☐ CON ☐ MIT on __January 03, 2018__ ,at __11:00__ ✓ am ☐ pm in Court room #
__Courtroom 1__ .

✓ **The following Conditions of release apply through final disposition of case:**

✓ Appear timely to all scheduled court hearings

✓ No criminal law violations

✓ Abide by all Prohibitive Court Orders: ✓ NCO

**Case# Y17063286 : ASSAULT IN THE FOURTH DEGREE**

✓ PC found __1.2.18__

✓ In Custody Bail:$ __5,000.00__ ✓ Cash/Bond

**FAILURE TO COMPLY WITH ANY OF THE ABOVE CONDITIONS MAY RESULT IN THE COURT ISSUING A WARRANT FOR YOUR ARREST OR ENTERING AN ORDER REVOKING RELEASE OR SUSPENDED/DEFERRED SENTENCE WHICH MAY RESULT IN INCARCERATION AND FORFEITURE OF BAIL/BOND POSTED**

DONE IN OPEN COURT this __2__ day of __January__ , __2018__ .

*J. Giner*

Judge/Pro-Tem _____
Name: __Jessica Giner__
I have read and understand the above conditions/information.

Defendant's Signature _____

☐ Served on Defendant
Address: ▮▮▮▮▮▮▮▮ SEATAC,WA,98188

Email: ____ Cell Phone: ____ Home Phone: ____
☐ I authorize courtesy text/email reminders of ☐ court dates ☐ payment due dates. Message and data rates may apply.

Defense Attorney _____
Name ____ WSBA No. ____

*For use by SCORE Jail Personnel*

☐ Commitment served       ☐ Commitment not served

27-0039

## SUPERFORM

| CCN/JCN NUMBER | B/A NUMBER | PCN NUMBER |
|---|---|---|
| | | |

**AGENCY:** ☐ UNINCORPORATED KING COUNTY    ☑ CITY OF    SEATAC

C 1 7 0 6 3 2 8 6 | |

**CASE NUMBER**          **FILE NUMBER**

☐ FELONY    ☑ MISDEMEANOR    **COURT**    SEATAC

### SUSPECT DATA

| DATE OF ARREST/TIME 12/30/2017  13:51 | BOOKING DATE/TIME | ARREST LOCATION ▉ |
|---|---|---|

**NAME (LAST, FIRST, MIDDLE/JR., SR.)**
RODRIGUEZ, DAMARIS *

**ALIAS, NICKNAMES**

| IDENTITY IN DOUBT? No | DOB ▉ | SEX F | RACE W | HGT 5'1" | WGT 130 | EYES BRO | HAIR BRO | SKIN TONE OLIVE |
|---|---|---|---|---|---|---|---|---|

**SCARS, MARKS, TATOOS, DEFORMITIES**

**ARMED/DANGEROUS** No

| LAST KNOWN ADDRESS ▉ SEATAC, WA 98188 | RESIDENCE PHONE | BUSINESS PHONE | CITIZENSHIP |
|---|---|---|---|

| OCCUPATION | EMPLOYER, SCHOOL (ADDRESS, SHOP/UNION NUMBER) | SOCIAL SECURITY NUMBER |
|---|---|---|

| DRIVER'S LICENSE NUMBER | STATE NY | AFIS # | FBI # | STATE ID # |
|---|---|---|---|---|

| VEHICLE LICENSE # | STATE | YEAR | MAKE | MODEL | VEHICLE LOCATION | TOW COMPANY |
|---|---|---|---|---|---|---|

| PERSON TO CONTACT IN CASE OF EMERGENCY GIL PAULINO, REYNALDO * | RELATIONSHIP | ADDRESS ▉ | CITY SEATAC | STATE WA | PHONE |
|---|---|---|---|---|---|

### OFFENSE DATA

| 1) OFFENSE ☑ DV    ASSAULT 4 - DV | RCW/ORD # 9A.36.041 | COURT/CAU # SEATAC | CITATION # |
|---|---|---|---|
| 2) OFFENSE ☐ DV | RCW/ORD # | COURT/CAU # | CITATION # |
| 3) OFFENSE ☐ DV | RCW/ORD # | COURT/CAU # | CITATION # |
| 4) OFFENSE ☐ DV | RCW/ORD # | COURT/CAU # | CITATION # |

| DATE  TIME OF VIOLATION 12/30/2017 1:15:00 PM | CRIMINAL TRAFFIC CITE ATTACHED? No | ACCOMPLICES NONE |
|---|---|---|

### PROPERTY

**LIST VALUABLE ITEMS OR PROPERTY LEFT FOR ARRESTEE AT JAIL**
NONE

**LIST VALUABLE ITEMS OR PROPERTY ENTERED INTO EVIDENCE**
YES ☐   NO ☑   IF YES DESCRIBE
(SIMPLE DESCRIPTION, IDENTIFYING MARKS, SERIAL#)

| TOTAL CASH OF ARRESTEE $0.00 | WAS CASH TAKEN INTO EVIDENCE? ☑ YES  ☐ NO   AMOUNT   $0.00 | SIGNATURE OF JAIL STAFF RECEIVNG ITEMS/SERIAL # |
|---|---|---|

### OFF

| ARRESTING OFFICER/SERIAL # Adams, Raul G / 97740 | TRANSPORTING OFFICER/SERIAL # Tag, Alan D / 08363 | SUPERVISOR SIGNATURE/SERIAL # |
|---|---|---|

| SUPERFORM COMPLETED BY (SIGNATURE/SERIAL #) Adams, Leland F / 04430 | CONTACT PERSON FOR ADDITIONAL INFORMATION (NAME/SERIAL #/PHONE) / |
|---|---|

**MISDEMEANOR BOOKINGS:** Complete to this line.  **FELONY BOOKINGS**   Complete both sides.
**OBJECTION TO RELEASE (MISDEMEANOR OR FELON)**  IS ON REVERSE SIDE

### COURT FILE

| SUPERIOR COURT FILING INFO. | ☐ IN CUSTODY ☐ AT LARGE ☐ OUT ON BOND | COURT CAUSE (STAMP OR WRITE) | | |
|---|---|---|---|---|

| COURT/DIST CT.NO. | DIST CT. BOND $ | SUP. CT. DATE | WARRANT NUMBER |
|---|---|---|---|

### WARRANT INFO / EXTRADITE

| WARRANT DATE | OFF CODE OFFENSE | AMOUNT OF BAIL $ | FELONY ☐  MISD ☐ | BENCH ☐  ARREST ☐ |
|---|---|---|---|---|

| POLICE AGENCY ISSUING | COURT | WARRANT RELEASED TO | SERIAL | UNIT | DATE  TIME |
|---|---|---|---|---|---|

| PERSON APPROVING EXTRADITION | SEAKING-LOCAL ONLY WACIC-STATE WIDE ☐ | NCIC-WILL EXTRADITE FROM ID  OR ONLY ☐ | NCIC WILL EXTRADITE FROM OR, ID, MT, WY, CA, NV, UT, CO, AZ, NM, HI, AK ☐ | NCIC-WILL EXTRADITE FROM ALL 50 STATES ☐ |
|---|---|---|---|---|

| CCN# _____ | DOE_____ | DOC_____ |
|---|---|---|
| WAC# _____ | TOE_____ | TOC_____ |
| NIC# _____ | OP#_____ | OP#_____ |

27-0040

SUSPECT NAME:  __RODRIGUEZ, DAMARIS *__

CASE NUMBER: C 1 7 0 6 3 2 8 6

## STATEMENT OF PROBABLE CAUSE: NON-VUCSA

CONCISELY SET FORTH FACTS SHOWING PROBABLE CAUSE FOR EACH ELEMENT OF THE OFFENSE AND THAT THE SUSPECT COMMITTED THE OFFENSE. IF NOT PROVIDED, THE SUSPECT WILL BE AUTOMATICALLY RELEASED. INDICATE ANY WEAPON INVOLVED. (DRUG CRIME CERTIFICATE BELOW.)

ON (date) __12/30/2017__ AT (time) __13:15__ , WITHIN THE (city/unincorporated area of county) __CITY OF SEATAC, KING COUNT, W__

COUNTY OF KING, STATE OF WASHINGTON, THE FOLLOWING DID OCCUR

Rodriguez and Gil Paulino have been married 15 years and have 4 children (3 children in common).  Gil Paulino called 911 when his wife punched him in the face without any provocation or warning.  He explained Rodriguez has been diagnosed as paranoid but the doctors declined to put her on any medication.  At the listed date and time, he walked into the bedroom for something as she was resting on the bed.  Without warning or conversation, she jumped up calling him the "devil" and punched him in the left side of his face with a closed fist with her right hand.  A short time after deputies (R. Adams & L. Adams) arrived, she began spitting at L. Adams and began swinging with both fists trying to punch the officer.  She was restrained with cuffs and a spit bag without injury to her or the officers.  She was booked for Assault 4 DV into the SCORE Jail.

I CERTIFY (OR DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT

REQUEST 72-HOUR RUSH FILE?  ☑ YES  ☐ NO

DATE AND PLACE  123017 / SEATAC, WA

SIGNATURE/AGENCY  KING CO. S.O.

ANTICIPATED FILING DATE  01/02/2017

## DRUG CRIME CERTIFICATE

**Part I:** On (date) ____ the suspect (suspect's name) ____

☐ DELIVERED  ☐ POSSESSED WITH INTENT TO DELIVER/MANUFACTURE  ☐ POSSESSED what the undersigned officer

(Officer's name) ____ based on training and experience, believes to be (approximate quantity and type of controlled

substance ____ . Approximate street value of the controled substance is (value of drugs) $ ____

**Part II:** FACTS INDICATING THE SUSPECT ☐ DELIVERED ☐ POSSESSED WITH INTENT OF DELIVER/MANUFACTURE or ☐ POSSESSED THE

CONTROLLED SUBSTANCE:

ON (date) ____ AT (time) ____ , WITHIN THE (city/unincorporated area of county) ____

COUNTY OF KING, STATE OF WASHINGTON

My source of information about this crime(e.g., myself, other person with firsthand knowledge):

☑ Other Facts:

I CERTIFY (OR declare) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT

DATE AND PLACE: ____  SIGNATURE / AGENCY: ____

| REQUEST 72 - HOUR RUSH FILE? | SODA ZONE | DRUG FREE ZONE? Exact location is required: |
|---|---|---|
| ANTICIPATED FILING DATE | LAB WORK REQUESTED? (Date/Type) | |

LAW ENFORCEMENT OBJECT TO RELEASE? YES ☑ NO ☐ IF YES, EXPLAIN WHY SAFETY OF INDIVIDUAL OR PUBLIC WILL BE THREATENED IF SUSPECT IS RELEASED ON BAIL OR RECOGNIZANCE (CONSIDER HISTORY OF VIOLENCE, MENTAL ILLNESS, DRUG DEPENDENCY, DRUG DEALING, DOCUMENTED GANG MEMBER, FAILURE TO APPEAR, LACK OF TIES TO COMMUNITY). INCLUDE FARR GUIDELINES. DESCRIBE TYPE OF WEAPON.  BE SPECIFIC.

UNEMPLOYED / NEW YORK STATE ID / ASSAULTIVE TO FAMILY AND POLICE.

TIES TO COMMUNITY (MARITAL STATUS, TIME IN COUNTY, ETC.)

**CONVICTION RECORD:**

☐ SUBJECT ARMED/DANGEROUS  ☐ SUSPECT IDENTITY IN QUESTION  ☐ WARRANT(S) FOR FTA

☐ HISTORY OF FTS'S (LIST)

| PRELIMINARY APPEARANCE DATE | JUDGE | BAIL AMOUNT | | |
|---|---|---|---|---|
| RETURN DATE | CONDITIONS | P.R. Y☐ N☐ | RETURNED Y☐ N☐ | EXCUSED Y☐ |

27-0041

REV. 06/98          (PERFORATION / DO NOT DUPLICATE BELOW THIS LINE)

SET COPIER AT 8.5 X 11 - DO NOT COPY BELOW THIS LINE. SEE REVERSE SIDE FOR INSTRUCTIONS.

FELONY BOOKINGS: FILL OUT BOTH SIDES.

MISDEMEANOR BOOKINGS: FILL OUT FRONT SIDE OF SUPERFORM AND BACK SIDE OBJECTION TO
RELEASE IF APPLICABLE.

REVERSE SIDE CONTAINS CONFIDENTIAL VICTIM DATE INFORMATION. DO NOT DUPLICATE.

CONFIDENTIAL **** FOR KING COUNTY JAIL USE ONLY **** CONFIDENTIAL

DO NOT DISCLOSE

REV. 06/98

(PERFORATION/DO NOT DUPLICATE BELOW THIS LINE)

**INSTRUCTIONS FOR FELONY INVESTIGATION BOOKINGS**

SET COPIER AT 8.5" X 11" - COPY ABOVE THIS LINE / DO NOT COPY SECTION BELOW
MAKE AND DELIVER - ORIGINAL (include Victim Data Section) AND 3 COPIES TO JAIL
(Jail will distribute copies to DPA)
MAKE ADDITIONAL COPIES FOR POLICE FILE AND DEPARTMENT DISTRIBUTION

| C | 1 | 7 | 0 | 6 | 3 | 2 | 8 | 6 | |

**VICTIM DATA: Please include below data for the following types of arrests: any Domestic Violence or related offense, Assault, Harassment, Stalking and Sex Offenses. Information is used by jail staff for no contact orders and to make recommendations regarding release.**

| Victim's Name | Phone Number | Alternate Number | DOB |
|---|---|---|---|
| | | | |

| Address | | City | State | Zip |
|---|---|---|---|---|
| | | | | |

27-0043



# SCORE
Receipt for Property Stored

**Receipt Number:** 240522
**Property stored for:** 73166

**Date:** 12/30/2017 15:06:19
**Booking Number:** 17-23796

## DAMARIS RODRIGUEZ

I, DAMARIS RODRIGUEZ , certify that on the above date and time, the following personal property was accepted into storage:

| ITEM | DESCRIPTION | CASH | QUANTITY | LOCATION |
|------|-------------|------|----------|----------|
| ID | BENEFIT ID CARD | N | 1 | 200/ |
| DRESS | MULTI | N | 1 | 200/ |
| OTHER | ROBE | N | 1 | 200/ |

Property Stored For:

REFUSED   JRR

DAMARIS RODRIGUEZ

Property Received By:

J R

PALMORE B

**Report Includes:**

12/30/2017

27-0044

## SCORE
## PROPERTY INTAKE

112/123

**Rodriguez, Damaris**

INTAKE/INVENTORY OFFICER

13100          200

INMATE NAME (LAST, FIRST, MI)          INMATE NAME #          PROPERTY BIN NO.

12.30.17          1440

SEARCH BY TYPE:

| J# | STRIP |
| J# 12 | PAT |

DATE          TIME OF INTAKE

∅

MONEY

Tag          Statal

REFUSED   JZL

ARRESTING / TRANSPORTING OFFICER/   ARRESTING AGENCY          INMATE SIGNATURE

| ITEM | QTY | DESCRIPTION | ITEM | QTY | DESCRIPTION |
|---|---|---|---|---|---|
| Wallet | | | Hat / Cap | | |
| Purse | | | Shirt(s) | | |
| ID | 1 | Benefit ID card | | | |
| Keys | | | | | |
| Other | | | | | |
| Cell phone / Electronics | | | Sweater / Sweatshirt | | |
| | | | Shorts / Swimwear | | |
| | | | Pants | | |
| Watch | | YM  WM  Other | Dress / Jumper | 1 | MUHT |
| | brand: | | Skirt | | |
| Necklace | | YM  WM  Other | Coat / Jacket | | |
| | pendent: | | Overcoat / Raincoat | | |
| | | YM  WM  Other | Shoes / Boots | | |
| | pendent: | | Socks | | |
| Bracelet | | YM  WM  Other | Belt / Sash / Suspenders | | |
| | charm: | | Bra | | |
| Nose Ring | | YM  WM  Other | Underwear | | |
| | charm: | | Other | 1 | Robe |
| Earrings | | YM  WM  Other | Transaction Card | | |
| | | YM  WM  Other | Transaction Card | | |
| Lip Ring | | YM  WM  Other | Transaction Card | | |
| Rings | | YM  WM  Other | | | |
| | | YM  WM  Other | | | |
| | | YM  WM  Other | | | |
| | | YM  WM  Other | Medication | | |
| Glasses | | Clear    Dark/Sun | Medication | | |

OTHER PROPERTY IN EVIDENCE:

OTHER PROPERTY / CONTRABAND REFUSED:

RETURNED TO: _____

TRANSPORT OFFICER NAME          AGENCY

SCORE432  02/14/2017

27-0045

ID#: 73166
Name: RODRIGUEZ, DAMARIS
Current PIN: 9789



# SCORE
Receipt for Personal Property Released

**Receipt Number:** 241103
**Property released for:** 73166, DAMARIS RODRIGUEZ
**Property released to:** Property Room

**Date:** 1/4/2018 7:23:54 AM
**Booking Number:** 17-23796

I, Property Room, certify that on the above date and time, the following personal property items were released to me by SCORE, and authorized to be released by DAMARIS RODRIGUEZ :

| Item | Description | Cash | Quantity | Location |
|------|-------------|------|----------|----------|
| ID | BENEFIT ID CARD | | 1 | 200 |
| DRESS | MULTI | | 1 | 200 |
| OTHER | ROBE | | 1 | 200 |

Property Released By:

PENNELL J

Property Received By:

Property Room

Authorized By:

DAMARIS RODRIGUEZ

1/4/2018

27-0047

2/26/2018 1:39:28 PM

## jlbook.num = 17-23796

## Name Number: 73166

DAMARIS  RODRIGUEZ, W Female, DOB: ███████

Current Booking: 12/30/2017 14:40:00 Scheduled Release:

Current Location:

Intake By:    Actual Time In:    Credit Time In:   Actual Time Out:   Credit Time Out:

Sequence: Search By: Search Type: Intake Type:  Release Type: Release To: Release By:

Release Disposition: Transferred From: Transferred By:

Notes:

PALMORE  B 12/30/2017  14:40:00  12/30/2017  14:40:00  01/04/2018  07:18:11  01/04/2018  07:18:11
  1  PALMORE B    PAT DOWN      ARREST INMATE RELEASE        SELF   PENNELL J
  INMATE RELEASED        SEATAC        TAG

Inmate Rodriguez has been released on Seatac Muni Court cause#Y17063286. Inmate Rodriguez was pronouced deceased last night and was released to the King County Medical Examiner. Seatac Muni Court has been notified by Mary Roy  (Transport/Court  Coordinator).

Copyright © 2007-2018 All rights reserved.  Spillman Technologies, Inc.

27-0048



South Correctional Entity
20817 17th AVE South
Des Moines, WA 98198

1/22/2018 11:52:49 AM Central Standard Time

## Sick Calls - RODRIGUEZ, DAMARIS 17-23796

| Name | Scheduled Date | Reason | Completed Date |
|------|----------------|--------|----------------|
| Mental Health Professional | 1/2/2018 | I/M continues to display abnormal bx. I/M has not slept on my shifts, nor have I received report from day that she has slept. | 1/2/2018 |



South Correctional Entity
20817 17th AVE South
Des Moines, WA 98198

1/22/2018 11:52:49 AM Central Standard Time

**Progress Notes -RODRIGUEZ, DAMARIS 73166 (17-23796)**

SOAP NOTE BY: Ranj Abdulsamad RN POSTED ON 1/4/2018 3:59:00 AM Central Standard Time                                    Type: NURSE

### Subjective

Unresponsive IM,

### Objective

BP: /      Temp:      Pulse:      Resp:      Wt:      Sa02:      BS:      Pain:

unresponsive IM, laying on the bed face down.

### Assessment

IM was laying on the bed facedown, unresponsive, checked IM's, checked IM pulses undetectable, skin pale.

### Plan

Medical code Activated, 911 Called CPR started at 2350, AED pads attached, high flow O2 through Ambu bag administered, no shock advised, pulses undetectable
CPR continued until Medics took over the patient

### Education

Juliet Avestruz LPN POSTED ON 1/4/2018 2:24:40 AM Central Standard Time                                    Type: CHRONIC CARE

At 2348, RN Ranj told me to come with him to medical to check I/M Rodriguez. CO Nater was by the cell door, checking the I/M with the flashlight. Upon opening the door, Ranj assessed the I/M and told Nater to call 911 and other staff and told me to get AED and oxygen. When i came back, RN Ranj and CO Nater started CPR and i put on the AED pads and turned it on. CPR was started at 2350 and continued until medics took over.

Ranj Abdulsamad RN POSTED ON 1/4/2018 2:22:18 AM Central Standard Time                                    Type: NURSE

at 11:48 being called by the Medical officer that the IM is not moving, checked on IM IM was layin on the bed facedown, no pulses detected. CPR started at 11:50 by score medical team and COs. activated 911, after 2 rounds of CPR, no shock advised fire department took over the third round of CPR, CPR continue no pulses detected no shock advised time of dead called at 12:09,

Kristy Miller LPN POSTED ON 1/4/2018 2:21:11 AM Central Standard Time                                    Type: NURSE

Arrived to medical after code was called where Officer Nadar and Charge nurse Ranj were performing CPR to unresponsive IM. AED was in place. Compressions were being given and I assisted giving rescue breaths until AMR arrived and took over.

Joan Kosanke RN POSTED ON 1/3/2018 9:06:37 PM Central Standard Time                                    Type: RECONCILIATION

IM attempting to induce vomiting several times today, yelling in spanish and defecating on floor. MH observed her vomiting large quantity of water, so moved to dry cell.

RODRIGUEZ, DAMARIS 73166 (17-23796)

Grant Weaver MHP POSTED ON 1/3/2018 6:45:14 PM Central Standard Time        Type: SOCIAL WORKER

IM was naked during MHP rounds. No interaction was obtained from MHP efforts to make contact.

Nancy Whitney MH Director POSTED ON 1/3/2018 5:16:55 PM Central Standard Time        Type: SOCIAL WORKER

IM has been agitated today. MHP was able to get her to put on a uniform this morning. She refused to go to court. This afternoon, abou 2:30, MHP witnessed her throwing up copious amounts of water- just water. No food or color to it at all. She was self-inducing the vomiting by choking herself and coughing. RN and CO reported she ate lunch but vomited it up. There was a foul smell coming from her cell. MHP requested that IM be placed in dry cell and be given water on schedule so her intake can be monitored. Charge RN got vital signs. Medical ARNP and Psych ARNP were alerted to potential water intoxication. When being moved, IM became agitated and cussed the COs out in Spanish. Since IM has stable VS, is eating and drinking, there are no grounds for an ITA referral at this time. Will continue to monitor.

Joan Kosanke RN POSTED ON 1/3/2018 11:50:04 AM Central Standard Time        Type: RECONCILIATION

MH observation

Brooke Wallace RN POSTED ON 1/2/2018 7:09:24 PM Central Standard Time        Type: NURSE

IM mostly calm during the day, interacting with MH and CO, moved to clean cell, no yelling or rattling door for attention, offered clothing but refused to put on. UA obtained, negative for drug or pregnancy. Refused dinner. Seen leaning over toilet, apparently gaging, but no emesis seen. Observed on monitor immediately after as IM returned to bed, and covered in blanket to rest.

Brooke Wallace RN POSTED ON 1/2/2018 6:34:42 PM Central Standard Time        Type: NURSE

Previous two notes entered into wrong patients chart.

Brooke Wallace RN POSTED ON 1/2/2018 3:44:29 PM Central Standard Time        Type: NURSE

IM moved to general population in stable condition

Brooke Wallace RN POSTED ON 1/2/2018 3:44:03 PM Central Standard Time        Type: NURSE

IM moved to general population in stable condition

Nancy Whitney MH Director POSTED ON 1/2/2018 12:39:27 PM Central Standard Time        Type: SOCIAL WORKER

IM was able to talk to MHP this morning. She provided a urine sample. She complained of being cold and wanting clothes.

Grant Weaver MHP POSTED ON 1/2/2018 12:26:04 PM Central Standard Time        Type: SOCIAL WORKER

IM's cell was trashed with food particles everywhere, her smock was on the floor in a heap with what appeared to be food on it, and she was sitting in her underwear on her bed when approached by MHP. IM actually stood up and talked with MHP about the mess, saying she didn't know how it got there. She made good eye contact but seemed unable to understand questions put to her about how she was feeling. She gave indications that she didn't know me and has no idea why I was there talking with her. IM should continue on MH observation.

Senovia Rivas RN POSTED ON 1/2/2018 7:51:25 AM Central Standard Time        Type: NURSE

I/M continues to display same behaviors, I/M up all night again, I/M noted at start of shift that she is in underwear and bra tonight. I/M motioned for me to come to door, she asked in English for clothes and new blankets because she is cold. I stated that she put her blanket in the toilet to which she replied calmly "I know." I/M yelling in Spanish the devil, Thomas, Papa, these are consistently the topic of her vocalization, I/M displaying repetetive behaviors, sexual behaviors, praying, pacing in cell, kicking the cell door, hitting the walls, yelling into the toilet and shower drain, turning the water on and off, and screaming out in a very high pitched scream, the screaming is new tonight. Other than the first request I/M has been non responsive, CO has gone up to door and told her to stop kicking the door seval times, this request lasts about 15 seconds.

RODRIGUEZ, DAMARIS 73166 (17-23796)

Brooke Wallace RN POSTED ON 1/1/2018 7:36:21 PM Central Standard Time                                    Type: NURSE

IM spent most of day rattling door, yelling, singing, talking loudly in spanish and in cell naked. No meds provided, seen by mental health

Madeline Kilpatrick MHP POSTED ON 1/1/2018 5:34:34 PM Central Standard Time                              Type: SOCIAL WORKER

1145AM: MHP checked in with IM at cell. IM naked, gesturing a lot and making eye contact with MHP but not communicating with words. IM smiling and gesturing for MHP to enter IM cell. MHP advised MHP can't enter IM cell, asked IM to please put something on and communicate thru the door. IM gestured around and showed that she had nothing to put on, smock and uniform both wet and dirty on floor of cell. MHP asked if IM needs a uniform and IM said 'si, ropa' a few times. MHP advised will let CO know that IM is requesting a uniform. MHP offered to call someone to let them know IM in jail. MHP offered to contact a friend, family member, counselor, etc. IM kept saying the name Tomas' but declined to give a phone number. IM indicating that she can speak English but mostly communicating with gestures or in Spanish. IM eyes wide, smiling broadly, gesturing to MHP to come closer in a 'flirty' manner. IM appears manic. IM naked, disheveled, hair messy. Cell very wet and dirty with food and debris on floor, wet blanket and uniform on floor.

Billie Stockton MHP POSTED ON 1/1/2018 1:33:16 PM Central Standard Time                                  Type: SOCIAL WORKER

IM could be heard yelling from her cell. IM was naked. When MHP called her name and rattled the door, it did not interrupt the IM's yelling and IM did not acknowledge the MHP's presence.in any way. Therefore, no assessment of her risk or mental status.

Madeline Kilpatrick MHP POSTED ON 1/1/2018 1:14:58 PM Central Standard Time                              Type: SOCIAL WORKER

MHP called the Crisis Clinic for background info on IM. There is NO record for IM in King Cty.

Senovia Rivas RN POSTED ON 1/1/2018 7:10:44 AM Central Standard Time                                     Type: NURSE

I/M brought to medical from booking after being in booking for approximately two days. Unable to do a medical booking intake. Throughtout night I/M was almost non-stop yelling and moving throughout cell, on all fours, lying on bed, making sexual sounds, naked the entire time. I/M would yell at the camera, talking as if someone was in her cell. I/M speaking in spanish the entire time.

Sally Mukwana RN POSTED ON 12/31/2017 11:15:12 PM Central Standard Time                                  Type: NURSE

Unable to do booking screening due to the patient mental status.

Brittany Martin RN POSTED ON 12/31/2017 6:53:33 PM Central Standard Time                                 Type: NURSE

IM changed into jail clothes and is standing at doorway, makes eye contact with this nurse, leans against wall and sits down. IM starts crying hysterically and speaking in Spanish. IM refuses to respond to any questions. Will continue to monitor.

Jessica Lothrop MHP POSTED ON 12/31/2017 3:26:57 PM Central Standard Time                                Type: SOCIAL WORKER

MHP met with IM in booking. IM has been in booking since yesterday afternoon. IM is naked, refusing to cooperate with booking process. IM is naked in cell, talking or singing, and dancing. She comes to the door to speak with MHP, but only communicates via oral fart noises with her tongue out. She behaves flirty with MHP- "making eyes," kissy mouth, putting her hair up around her face. She does not appropriately answer questions regarding medication, substance use, if there's a family member MHP can call- she responds with fart noises. She is pleasant but non-cooperative with contact. She also starts lightly hitting/tapping her pubic area and then starts dancing again, away from the door. She appears clean, hair not disheveled, no signs of facial picking often present with chronic meth use. MHP rec placement on MHOI due to refusal to comply with booking, bizarre behavior. MHP has concerns about possible withdrawal if this behavior is related to substance use. MHP informed RN Brooke and CO Woo about IM.

Brittany Martin RN POSTED ON 12/31/2017 9:31:01 AM Central Standard Time                                 Type: NURSE

IM dancing in cell naked, smiling, and singing out loud. IM refuses to change clothes or answer questions regarding her medical/MH conditions.

Henry Tambe DON POSTED ON 12/31/2017 7:58:02 AM Central Standard Time                                    Type: NURSE

Checked on inmate by knocking at her door and calling her name. Each time this nurse called her name to initiate a conversation, she

RODRIGUEZ, DAMARIS 73166 (17-23796)

increased her tone.

Henry Tambe DON POSTED ON 12/31/2017 7:51:44 AM Central Standard Time                    Type: NURSE

Late entry: 431AM
Note on inmate's door states that she is naked. Inmate did not response to my verbal wellness check. Screaming in her cell with no signs
of distress.

Brittany Martin RN POSTED ON 12/30/2017 5:56:22 PM Central Standard Time                    Type: NURSE

IM standing in cell in street clothes, smiles, turns away and refuses to talk. In NAD. Will continue to monitor.

RODRIGUEZ, DAMARIS 73166 (17-23796)

 South Correctional Entity
20817 17th AVE South
Des Moines, WA 98198

1/22/2018 11:52:49 AM Central Standard Time

**Progress Notes- MEDICAL HOUSING/OBSERVATION NOTE -RODRIGUEZ, DAMARIS 73166 (17-23796)**

Joan Kosanke RN POSTED ON 1/3/2018 9:06:37 PM Central Standard Time

Type: RECONCILIATION

IM attempting to induce vomiting several times today, yelling in spanish and defecating on floor. MH observed her vomiting large quantity of water, so moved to dry cell.



South Correctional Entity
20817 17th AVE South
Des Moines, WA 98198

1/22/2018 11:52:49 AM CST
Reviewed By rita.whitman on 1/2/2018 2:04:37 PM

**Inmate:** RODRIGUEZ, DAMARIS
**Patient ID:** 73166 (17-23796)
**DOB:** ▉▉▉▉▉▉ **Race:** W **Sex:** F

**Ordering Provider:** *PROVIDER NAME NOT REPORTED BY LAB*
**Lab Reference ID:** N/A
**Report Last Updated:** 1/2/2018 12:43:34 PM CST

Manual Pregnancy                                                        Resulted: 1/2/2018 12:42:41 PM CST

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| Expiration Date | 5/31/2019 | | | Manual, Final | 1/2/2018 12:42:41 PM CST |
| Pregnancy | Negative | | | Manual, Final | 1/2/2018 12:42:41 PM CST |
| MANUAL ENTRY BY Wallace, Brooke RN on 1/2/2018 10:43:33 AM - Result Date: 1/2/2018 10:42:41 AM | | | | | |
| Control Number | HCG7050167 | | | Manual, Final | 1/2/2018 12:42:41 PM CST |



South Correctional Entity
20817 17th AVE South
Des Moines, WA 98198

1/22/2018 11:52:49 AM CST
Reviewed By rita.whitman on 1/2/2018 2:04:37 PM

**Inmate:** RODRIGUEZ, DAMARIS
**Patient ID:** 73166 (17-23796)
**DOB:** ████████ **Race:** W **Sex:** F

**Ordering Provider:** *PROVIDER NAME NOT REPORTED BY LAB*
**Lab Reference ID:** N/A
**Report Last Updated:** 1/2/2018 12:41:51 PM CST

Manual Urine Drug Screen Test

Resulted: 1/2/2018 12:41:05 PM CST

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| BZO (Benzodiazepines) | Negative | | | Manual, Final | 1/2/2018 12:41:05 PM CST |
| COC (Cocaine) | Negative | | | Manual, Final | 1/2/2018 12:41:05 PM CST |
| MTD (Methadone) | Negative | | | Manual, Final | 1/2/2018 12:41:05 PM CST |
| OXY (Oxycodone) | Negative | | | Manual, Final | 1/2/2018 12:41:05 PM CST |
| THC (Marijuana) | Negative | | | Manual, Final | 1/2/2018 12:41:05 PM CST |
| BAR (Barbituates) | Negative | | | Manual, Final | 1/2/2018 12:41:05 PM CST |
| BUP (Buprenorphine) | Negative | | | Manual, Final | 1/2/2018 12:41:05 PM CST |

MANUAL ENTRY BY Wallace, Brooke RN on 1/2/2018 10:41:50 AM - Result Date: 1/2/2018 10:41:05 AM

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| TRU (Trucyclic Antidepressants) | Negative | | | Manual, Final | 1/2/2018 12:41:05 PM CST |
| FEN (Fentanyl) | Negative | | | Manual, Final | 1/2/2018 12:41:05 PM CST |
| Specimen Type | Clean Catch | | | Manual, Final | 1/2/2018 12:41:05 PM CST |
| OPI (Opiate) | Negative | | | Manual, Final | 1/2/2018 12:41:05 PM CST |
| MET (Methamphetamine) | Negative | | | Manual, Final | 1/2/2018 12:41:05 PM CST |
| AMP (Amphetamine) | Negative | | | Manual, Final | 1/2/2018 12:41:05 PM CST |
| ECT (Ectasy) | Negative | | | Manual, Final | 1/2/2018 12:41:05 PM CST |
| PCP (Phencyclidine) | Negative | | | Manual, Final | 1/2/2018 12:41:05 PM CST |
| PPX (Propoxyphene) | Negative | | | Manual, Final | 1/2/2018 12:41:05 PM CST |

RODRIGUEZ, DAMARIS 73166 (17-23796)

27-0118

**King County Medical Examiner**

**AUTOPSY REPORT**

Damaris RODRIGUEZ
KCME 18-0035
Page 1

## PATHOLOGICAL DIAGNOSES:

1. Sudden death during excited delirium.

2. Hyponatremia and ketonemia.

3. Minor cutaneous contusions and abrasions.

4. Evidence of attempted resuscitation.

## OPINION:

The cause of death of this 43-year-old woman who died suddenly after several days of exhibited manic behavior in a correction facility is certified "sudden death in excited delirium". Hyponatremia and ketonemia are metabolic manifestations of her excited delirium. No injuries caused or contributed to her death. The manner of death is natural.

_Richard C. Harruff_

Richard C. Harruff, M.D., Ph.D.
Chief Medical Examiner

_13 April 2018_

Date Signed

RCH:kld

CONFIDENTIAL
DO NOT COPY

**EXHIBIT 3**

R.C.W. 68.50.105

27-0441