Hon. Ricardo Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSEL H. DAWSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF DAMARIS RODRIGUEZ; REYNALDO GIL; JOSE MARTE; A.R.; I.R.; S.R.; D.R., <br><br> Plaintiffs, <br><br> vs. <br><br> SOUTH CORRECTIONAL ENTITY ("SCORE"), et al., <br><br> Defendants. | NO. 2:19-cv-01987-RSM <br><br> STIPULATION AND AGREED ORDER DISMISSING INDIVIDUAL DEFENDANTS |

**STIPULATION**

The parties, by and through counsel, hereby stipulate as follows:

1.  The following individual defendants are dismissed with prejudice and without costs or fees as to any and all of Plaintiffs' claims:

    a.  Brandon Heath;

    b.  Pedro Santos;

    c.  Ethan Glover, and

    d.  Colminton Allen.

STIPULATED AND AGREED ORDER DISMISSING
INDIVIDUAL DEFENDANTS – 1

Cause No.:  2:19-cv-01987-RSM

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

2. These individuals will be treated as parties solely for purposes of the Rules of Evidence and Civil Rules applicable to depositions.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD this 26th day of July, 2021.

KRUTCH LINDELL BINGHAM JONES, P.S.

*s/ J. Nathan Bingham*

J. Nathan Bingham, WSBA #46325
Jeffrey C. Jones, WSBA #7670
James T. Anderson, WSBA #40494
Attorneys for Plaintiffs

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

*s/ John E. Justice*

John E. Justice, WSBA № 23042
Attorney for SCORE Defendants

KEATING, BUCKLIN & MCCORMACK, INC., P.S.

*s/ Stewart A. Estes*

Stewart A. Estes, WSBA #15535
Attorneys for SCORE Defendants

WILLIAMS KASTNER

*s/ Heidi L. Mandt*

Heidi L. Mandt, WSBA #26880
Attorneys for NaphCare, Inc. Defendant

KING COUNTY PROSECUTING ATTORNEY

*s/ Raam Wong*

Daniel Kinerk, WSBA No. 13537
Raam Wong, WSBA No. 45486
Senior Deputy Prosecuting Attorneys
Attorneys for King County Defendants

**STIPULATED AND AGREED ORDER DISMISSING INDIVIDUAL DEFENDANTS – 2**

Cause No.: 2:19-cv-01987-RSM

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

PURSUANT TO ABOVE STIPULATION, IT IS ORDERED as follows:

1. The following individual defendants are hereby dismissed with prejudice and without costs or fees as to any and all of Plaintiffs' claims:

    a. Brandon Heath;

    b. Pedro Santos;

    c. Ethan Glover, and

    d. Colminton Allen.

2. The above individuals will be treated as parties solely for purposes of the Rules of Evidence and Civil Rules applicable to depositions.

DATED this 27th day of July, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

**STIPULATED AND AGREED ORDER DISMISSING INDIVIDUAL DEFENDANTS – 3**

Cause No.: 2:19-cv-01987-RSM

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511