The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSEL H. DAWSON, Personal Representative of the Estate of Damaris Rodriguez; REYNALDO GIL; JOSE MARTE, A.G.;I.G., S.G. and D.G,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH CORRECTIONAL ENTITY ("SCORE"), a Governmental Administrative Agency; PENNY BARLEY; JIM KELLY; TODD BARKER; BRITTNEY PALMORE; BRANDON HEATH; PEDRO SANTOS; MANDI JARAMILLO; WILLIAM WOO; BENDA SCOTT a/k/a BRENDA SCOTT; ETHAN GLOVER; CHRISTOPHER FOY; JANE DORE; COLMINTON ALLEN; AARON SEIPP; SCORE JOHN DOES 1-10; NAPHCARE, INC., an Alabama Corporation; REBECCA VILLACORTA; HENRY TAMBE; NANCY WHITNEY; BILLIE STOCKTON; BRITTANY MARTIN; JESSICA LOTHROP; BROOKE WALLACE; SALLY MUKWANA; JOAN KOSANKE; RITA WHITMAN; VIRGINIA RICHARDSON; NAPHCARE JOHN DOES 1-10; ; KING COUNTY, a political subdivision of the State of Washington; RAUL ADAMS; LELAND ADAMS; ALAN TAG,<br><br>Defendants. | No. 2:19-cv-01987-RSM<br><br>STIPULATION AND ORDER DISMISSING INDIVIDUAL DEFENDANTS |

The parties, by and through counsel, hereby stipulate as follows:

1. The following individual defendants are dismissed with prejudice and without costs or fees as to any and all of plaintiffs' claims:

STIPULATION AND ORDER DISMISSING INDIVIDUAL
DEFENDANTS - 1

7429652.1

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

- Jessica Lothrop
- Virginia Richardson

2. These individuals will be treated as parties solely for purposes of the Rules of Evidence and Civil Rules applicable to depositions.

IT IS SO STIPULATED this 29th day of July 2021:

KRUTCH LINDELL BINGHAM JONES, PS

By: */s/ Nathan Bingham*
    J. Nathan Bingham, WSBA No. 46325
    Jeffrey C. Jones, WSBA No. 7670
    James T. Anderson, WSBA No. 40494
    On behalf of Plaintiffs

LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

By: */s/ John E. Justice*
    John E Justice, WSBA No. 23042
    On behalf of SCORE Defendants

KING COUNTY PROSECUTOR'S OFFICE

By: */s/ Daniel L. Kinerk*
    Daniel L. Kinerk, WSBA No. 13537
    Raam Wong, WSBA No. 45486
    On behalf of King County Defendants

WILLIAMS KASTNER

By: */s/ Heidi L. Mandt*
    Heidi L. Mandt, WSBA No. 26880
    On behalf of NaphCare Defendants

KEATING, BUCKLIN, & McCORMACK

By: */s/ Stewart E. Estes*
    Stewart E. Estes, WSBA No. 15535
    On behalf of SCORE Defendants

STIPULATION AND ORDER DISMISSING INDIVIDUAL DEFENDANTS STIPULATION AND ORDER DISMISSING INDIVIDUAL DEFENDANTS- 2
7429652.1

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

**ORDER**

Pursuant to the Stipulation of the parties as set forth above,

IT IS HEREBY ORDERED:

1. The following individual defendants are hereby dismissed with prejudice and without costs or fees as to any and all of plaintiffs' claims:

- Jessica Lothrop
- Virginia Richardson

2. The above individuals will be treated as parties solely for purposes of the Rules of Evidence and Civil Rules applicable to depositions.

DATED this 30th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER DISMISSING INDIVIDUAL DEFENDANTS STIPULATION AND ORDER DISMISSING INDIVIDUAL DEFENDANTS- 3
7429652.1

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967