The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL H. DAWSON, et al<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTH CORRECTIONAL ENTITY ("SCORE"), et al;<br><br>Defendants. | NO. 2:19-cv-01987-RSM<br><br>ORDER GRANTING PLAINTIFFS' PETITION FOR APPOINTMENT OF SETTLEMENT GUARDIAN AD LITEM<br><br>NOTE ON MOTION CALENDAR: AUGUST 4, 2021 |

Plaintiffs' motion, Dkt. #165, for appointment of a settlement guardian ad litem for the minor beneficiaries, pursuant to LCR 17(c) and Washington Superior Court Special Proceedings Rule ("SPR") 98.16W is GRANTED.

Jennifer L. White is hereby appointed as settlement guardian ad litem for A.G., I.G., S.G., and D.G. and shall discharge the duties and obligations set forth in LCR 17(c) and SPR 98.16W. Ms. White shall file, under seal, within forty-five (45) days of this Order, a written report consistent with SPR 98.16W(e). Ms. White shall be compensated at her customary hourly rate of $300/hour.

Plaintiffs' counsel is directed to provide a copy of this order to Ms. White immediately upon receipt of this order.

ORDER GRANTING PLAINTIFFS' PETITION FOR APPOINTMENT OF SETTLEMENT GUARDIAN AD LITEM - 1
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

IT IS SO ORDERED.

DATED this 5th day of August, 2021.

                          RICARDO S. MARTINEZ
                          CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

KRUTCH LINDELL BINGHAM JONES, P.S.

By: /s/ James T. Anderson, WSBA #40494
James T. Anderson, WSBA #40494
3316 Fuhrman Ave E, Suite 250
Seattle, Washington 98102
Telephone: (206) 682-1505
Facsimile: (206) 467-1823
Email: jta@krutchlindell.com

ORDER GRANTING PLAINTIFFS' PETITION FOR APPOINTMENT OF SETTLEMENT GUARDIAN AD LITEM - 2
2:19-cv-01987-RSM