The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL H. DAWSON, et al<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTH CORRECTIONAL ENTITY ("SCORE"), et al;<br><br>Defendants. | NO. 2:19-cv-01987-RSM<br><br>**STIPULATED MOTION AND ORDER ALLOWING SCORE DEFENDANTS TO RENOTE THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTED ON MOTION CALENDAR: AUGUST 4, 2021** |

Pursuant to Fed. R. Civ. P. 6(b), LCR (6)(b), and LCR 7(l), the parties, by and through their respective counsel, hereby stipulate to allowing the SCORE defendants to renote their motion for summary judgment, Dkt. #145, after the Court has made a determination on the sufficiency of a partial compromise of claims between Plaintiffs and the SCORE defendants.

The parties make these requests for the following reasons:

1. Plaintiffs and the SCORE defendants have reached a partial compromise of claims that may make almost the entirety of the SCORE defendants' motion for summary judgment, Dkt. #145, moot.

STIPULATED MOTION AND ORDER
ALLOWING SCORE DEFENDANTS TO RENOTE
THEIR MOTION FOR SUMMARY
JUDGMENT - 1
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

2. Because the decedent had minor beneficiaries, LCR 17(c) and SPR 98.16W require the appointment of an independent *guardian ad litem* in this matter to investigate the adequacy of the partial compromise of Plaintiffs' claims against the SCORE defendants before the parties are able to enter into a binding agreement.

3. Plaintiffs and the SCORE defendants have negotiated the partial compromise in consideration of the current procedural posture of the case—including the status of discovery, remaining costs that will need to be incurred, and uncertainty related to the pending motions for summary judgment.  As such, Plaintiffs and the SCORE defendants are concerned that any ruling on the SCORE defendants' pending motion for summary judgment could upset the balance in which the partial compromise was negotiated.

4. It is the intent of the parties to delay the SCORE defendants' motion for summary judgment until after the Court makes a determination on the adequacy of the proposed partial compromise of claims without prejudicing the SCORE defendants' ability to renote any part of their motion in the future.

5. Plaintiffs have circulated a draft of a petition to appoint attorney Jennifer White as settlement *guardian ad litem* and this motion will be unopposed.

IT IS SO STIPULATED.

Stipulated this 5th day of August, 2021.

STIPULATED MOTION AND ORDER
ALLOWING SCORE DEFENDANTS TO RENOTE
THEIR MOTION FOR SUMMARY
JUDGMENT - 2
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

| | |
|---|---|
| KRUTCH LINDELL BINGHAM JONES, P.S. | KEATING BUCKLIN McCORMACK INC. PS |
| By: */s/ J. Nathan Bingham* <br> J. Nathan Bingham, WSBA #46325 | By: */s/ Stewart Andrew Estes* <br> Stewart Andrew Estes, WSBA #15535 |
| KING COUNTY PROSECUTOR'S OFFICE | WILLIAMS KASTNER |
| By: */s/ Raam Wong* <br> Raam Wong, WSBA #45486 | By: */s/ Heidi Mandt* <br> Heidi Mandt, WSBA #26880 |

## ORDER

It is hereby ordered that based on the stipulation of the parties, and for good cause being shown, the SCORE defendants' motion for summary judgment is hereby stricken without prejudice and the SCORE defendants may renote their motion for summary judgment after the Court makes a determination on the adequacy of the proposed partial compromise. All other dates set in this matter remain unchanged.

DATED this 5th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER ALLOWING SCORE DEFENDANTS TO RENOTE THEIR MOTION FOR SUMMARY JUDGMENT - 3
2:19-cv-01987-RSM

1  Presented by:

2
   KRUTCH LINDELL BINGHAM JONES, P.S.
3
   s/ J. Nathan Bingham, WSBA #46325
4  s/Jeffrey C. Jones, WSBA #7670
   s/James T. Anderson, WSBA #40494
5  J. Nathan Bingham, WSBA #46325
   Jeffrey C. Jones, WSBA #7670
6  James T. Anderson, WSBA #40494
7  3316 Fuhrman Ave E
   Suite 250
8  Seattle, Washington 98102
   Telephone: (206) 682-1505
9  Facsimile: (206) 467-1823
   Email: jnb@krutchlindell.com
10 jcj@krutchlindell.com
11 jta@krutchlindell.com

12 TERRELL MARSHALL LAW GROUP PLLC
13
   s/Toby J. Marshall, WSBA #32726
14 Toby J. Marshall, WSBA #32726
   936 North 34th Street, Suite 300
15 Seattle, Washington 98103-8869
   Telephone: (206) 816-6603
16 Facsimile: (206) 319-5450
   Email: tmarshall@terrellmarshall.com
17
18 *Attorneys for Plaintiffs*

19
20
21
22
23
24
25
26
27 STIPULATED MOTION AND ORDER
   ALLOWING SCORE DEFENDANTS TO RENOTE
   THEIR MOTION FOR SUMMARY
   JUDGMENT - 4
   2:19-cv-01987-RSM