The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RUSSELL H. DAWSON, et al

            Plaintiffs,

vs.

SOUTH CORRECTIONAL ENTITY ("SCORE"), et al;

            Defendants.

NO. 2:19-cv-01987-RSM

**ORDER ON PLAINTIFFS' MOTION FOR LCR 5(g) SEALING OF RECORDS**

Clerk's Action Required

THIS MATTER, having come on regularly for hearing before the above Court upon Plaintiffs' Motion for LCR 5(g) Review (Dkt. #171), and the Court having fully considered the materials filed, now, therefore:

This Court FINDS, as follows:

Plaintiffs have submitted 34 videos in conjunction with their Opposition to Defendant NaphCare's Motion for summary judgment. The videos are jail surveillance videos from the SCORE facility. As such, they depict the layout of the jail, entry and exit points, and locations and the angles of cameras. In addition, the videos depict Ms. Rodriguez naked, and later, dying. If released, details about the jail will be released to the public. In addition, images of Ms. Rodriguez naked and dying will also be released to the public. This creates safety risks for the jail and would

ORDER ON PLAINTIFFS' MOTION FOR LCR 5(g) REVIEW - 1
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

| | |
|---|---|
| 1 | traumatize Ms. Rodriguez' family. The other parties to this Action do not oppose the sealing of |
| 2 | these materials. |
| 3 | In addition, this Court sees no way to redact the videos which would accomplish the |
| 4 | concerns for privacy and safety while still maintaining any significant evidentiary value. |
| 5 | The reasons identified above are sufficient to outweigh the public's interest in disclosure |
| 6 | and justify sealing court records. |
| 7 | Therefore, it is hereby ORDERED ADJUDGED AND DECREED as follows: |
| 8 | Exhibits V 1-34 should remain SEALED. |
| 9 | |
| 10 | DATED this 10th day of August, 2021. |

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

KRUTCH LINDELL BINGHAM JONES, P.S.

s/ J. Nathan Bingham, WSBA #46325
s/Jeffrey C. Jones, WSBA #7670
s/James T. Anderson, WSBA #40494
J. Nathan Bingham, WSBA #46325
Jeffrey C. Jones, WSBA #7670
James T. Anderson, WSBA #40494
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
Telephone: (206) 682-1505
Facsimile: (206) 467-1823
Email: jnb@krutchlindell.com
jcj@krutchlindell.com
jta@krutchlindell.com

ORDER ON PLAINTIFFS' MOTION FOR LCR 5(g) REVIEW - 2
2:19-cv-01987-RSM

**Krutch Lindell Bingham Jones, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

| | |
|---|---|
| 1 | TERRELL MARSHALL LAW GROUP PLLC |
| 2 | |
| 3 | s/Toby J. Marshall, WSBA #32726<br>Toby J. Marshall, WSBA #32726 |
| 4 | 936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869 |
| 5 | Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 |
| 6 | Email: tmarshall@terrellmarshall.com |
| 7 | *Attorneys for Plaintiffs* |

ORDER ON PLAINTIFFS' MOTION FOR LCR 5(g) REVIEW - 3
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823