THE HONORABLE RICARDO S. MARTINEZ
Trial Date: November 29, 2021

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL H. DAWSON, Personal Representative of the Estate of Damaris Rodriguez; REYNALDO GIL; JOSE MARTE; A.G.; I.G.; S.G.; D.G., <br><br>Plaintiffs, <br><br>v. <br><br>SOUTH CORRECTIONAL ENTITY ("SCORE"), a Governmental Administrative Agency; PENNY BARTLEY; JIM KELLY; TODD BARKER; BRITTNEY PALMORE; BRANDON HEATH; PEDRO SANTOS; MANDI JARAMILLO; WILLIAM WOO; BENDA SCOTT a/k/a BRENDA SCOTT; ETHAN GLOVER; CHRISTOPHER FOY; JANE DORE; COLMINTON ALLEN; AARON SEIPP; SCORE JOHN DOES 1-10; NAPHCARE, INC., an Alabama Corporation; REBECCA VILLACORTA; HENRY TAMBE; NANCY WHITNEY; BILLIE STOCKTON; BRITTANY MARTIN; JESSICA LOTHROP; BROOKE WALLACE; SALLY MUKWANA; JOAN KOSANKE; RITA WHITMAN; VIRGINIA RICHARDSON; NAPHCARE JOHN DOES 1-10; KING COUNTY, a political subdivision of the State of Washington; RAUL ADAMS; LELAND ADAMS; ALAN TAG, <br><br>Defendants. | No. 2:19-cv-01987-RSM <br><br>STIPULATION FOR AND ORDER OF DISMISSAL <br><br>[CLERK'S ACTION REQUIRED] |

STIPULATION FOR AND ORDER OF DISMISSAL - 1
2:19-cv-01987-RSM

1002-01502/Dawson C19-1987 stip order dismissal SCORE dfts

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

## STIPULATION

Plaintiffs and the SCORE Defendants have agreed to the dismissal of all claims against Defendant SCORE other than those based on state tort law. Specifically, as noted by the Court:

> The claims to be dismissed include the Third, Fourth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth claims in Plaintiffs' First Amended Complaint, Dkt. 49, to the extent they relate to SCORE and the individually named SCORE Employee Defendants. The Seventh Claim for relief is pled against all entity and individual defendants and the Tenth Claim for Relief is pled against SCORE and NaphCare, but this order does not affect those Claims for Relief against NaphCare or NaphCare Employee Defendants because they are not a party to this partial compromise of claims.

*Order Granting Plaintiffs' Petition to Approve Partial Compromise of Claims Against SCORE, Dkt. No.* 199 ("The parties shall file a stipulation dismissing the non-tort claims addressed in the agreement.").

Additionally, Plaintiffs and the SCORE Defendants have agreed to dismiss with prejudice any and all claims against all remaining individual SCORE Employee Defendants, so the state law tort claims that will remain are against SCORE only. The Court previously dismissed SCORE Employee Defendants Brandon Heath; Pedro Santos; Ethan Glover, and Colminton Allen. *See, Dkt. No*. 157. Thus, the following induvial defendants shall be dismissed with prejudice: Penny Bartley; Jim Kelly; Todd Barker; Brittney Palmore; Mandi Jaramillo; William Woo; Benda Scott a/k/a Brenda Scott; Christopher Foy; Jane Dore; and Aaron Seipp.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and the SCORE Defendants that all of the above-described claims may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

//
//
//
//

STIPULATION FOR AND ORDER OF DISMISSAL - 2
2:19-cv-01987-RSM

1002-01502/Dawson C19-1987 stip order dismissal SCORE dfts

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

| | |
|---|---|
| Dated:  September 22, 2021 | KEATING, BUCKLIN & McCORMACK, INC., P.S. |

By: */s/ Stewart A. Estes*
Stewart A. Estes, WSBA #15535
Attorneys for SCORE Defendants
801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861 / FAX: (206) 223-9423
sestes@kbmlawyers.com

| | |
|---|---|
| Dated:  September 22, 2021 | LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S. |

By: */s/ John E. Justice*
John E. Justice, WSBA # 23042
Attorneys for SCORE Defendants
Email: jjustice@lldkb.com
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480

| | |
|---|---|
| Dated:  September 22, 2021 | WILLIAMS KASTNER |

By: */s/ Heidi L. Mandt*
Heidi L. Mandt, WSBA # 26880
Email: hmandt@williamskastner.com
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967
*Attorneys for the NaphCare Defendants*

| | |
|---|---|
| Dated:  September 22, 2021 | KRUTCH LINDELL BINGHAM JONES, PS |

By: */s/ Nathan J. Bingham*
Nathan J. Bingham, WSBA #46325
Email: JNB@krutchlindell.com
James T. Anderson, WSBA #40494
Email: JTA@krutchlindell.com
Jeffrey C. Jones, WSBA #7670
Email: JCJ@krutchlindell.com
600 University Street, Suite 1701

STIPULATION FOR AND ORDER OF DISMISSAL - 3
2:19-cv-01987-RSM

1002-01502/Dawson C19-1987 stip order dismissal SCORE dfts

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

|   |   |
|---|---|
| | Seattle, WA 98101 |
| | Telephone: (206) 682-1505 |

Dated:  September 22, 2021    TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Toby J. Marshall*
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
Maria Hoisington-Bingham, WSBA #51493
Email: mhoisington@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
*Attorneys for Plaintiffs*

### **ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiffs' claims against the SCORE Defendants as described in the above Stipulations are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 22nd day of September, 2021.

RICARDO S. MARTINEZ
CHIEF U.S. DISTRICT JUDGE

STIPULATION FOR AND ORDER OF DISMISSAL - 4
2:19-cv-01987-RSM

1002-01502/Dawson C19-1987 stip order dismissal SCORE dfts

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423