The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL H. DAWSON, et al<br><br>           Plaintiffs,<br><br>      vs.<br><br>SOUTH CORRECTIONAL ENTITY ("SCORE"), et al;<br><br>           Defendants. | NO. 2:19-cv-01987-RSM<br><br>PLAINTIFFS' PETITION FOR APPROVAL OF TRUSTS FOR MINOR PLAINTIFFS<br><br>NOTE ON MOTION CALENDAR: OCTOBER 15, 2021 |

This petition is a follow-up submission to the Plaintiffs' unopposed petition for approval of the partial compromise of claims against SCORE defendants. Plaintiffs' counsel has confirmed with opposing counsel that the petition is unopposed, so is noted as a same day motion pursuant to LCR 7(d)(1).

## I.     RELIEF REQUESTED

A. Plaintiffs request that this Court approve and sign the proposed irrevocable trusts for each minor plaintiff as set forth in the Supplemental SGAL Report of Jennifer L. White submitted concurrently herewith.

B. Plaintiffs request that the SGAL, Jennifer L. White, remain appointed and authorized to participate in any future settlement negotiations that may occur prior to trial.

PLAINTIFFS' PETITION FOR APPROVAL OF TRUSTS FOR MINOR PLAINTIFFS - 1
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

## II. STATEMENT OF FACTS

On September 20, 2021, this court entered an Order authorizing and directing the Settlement Guardian ad Litem, attorney Jennifer L. White, to prepare irrevocable trust agreements as the vehicle to maintain each minor plaintiff's allocation of the funds received under the approved partial compromise of claims against SCORE defendants. Attorney White has now completed preparation of the irrevocable trust documents and plaintiffs are hereby submitting them to the court for approval.

Trial in this matter is set for March of 2022. There is the possibility that ongoing settlement negotiations with the defendants will occur between now and trial. For continuity and efficiency, plaintiffs would prefer the current SGAL to remain appointed and authorized to participate in any future settlement negotiations that take place.

## III. ISSUES PRESENTED

1. Whether this Court should approve and sign the proposed irrevocable trust agreements for each minor plaintiff?

2. Whether this Court should keep the SGAL appointed and authorize her to participate in pre-trial settlement negotiations?

## IV. EVIDENCE RELIED UPON

Supplemental Report of Jennifer L. White, Dkt. 207 and the attachments thereto and the court file.

## V. AUTHORITY

This court's Order dated September 20, 2021, based upon LCR 17 and SPR 98.16W.

PLAINTIFFS' PETITION FOR APPROVAL OF TRUSTS FOR MINOR PLAINTIFFS - 2
2:19-cv-01987-RSM

Krutch Lindell Bingham Jones, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

VI.   PROPOSED ORDER AND TRUSTS

A proposed order granting relief requested accompanies this petition. Proposed trusts are provided as exhibits to the Supplemental GAL Report, Dkt.207, and were provided to the clerk in Word format.

Respectfully submitted this 15th day of October, 2021.

KRUTCH LINDELL BINGHAM JONES, P.S.

By: /s/ J. Nathan Bingham, WSBA #46325
    James T. Anderson, WSBA #40494
    Jeffrey C. Jones, WSBA #7670
    3316 Fuhrman Ave E, Suite 250
    Seattle, Washington 98102
    Telephone: (206) 682-1505
    Facsimile: (206) 467-1823
    Email: jnb@krutchlindell.com
    jcj@krutchlindell.com
    jta@krutchlindell.com

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Toby J. Marshall, WSBA #32726
    Toby J. Marshall, WSBA #32726
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450
    Email: tmarshall@terrellmarshall.com

*Attorneys for Plaintiffs*

PLAINTIFFS' PETITION FOR APPROVAL OF TRUSTS
FOR MINOR PLAINTIFFS - 3
2:19-cv-01987-RSM

KRUTCH LINDELL BINGHAM JONES, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner indicated a copy of the foregoing document upon the following persons:

| Recipient | Method |
|---|---|
| Stewart Andrew Estes<br>KEATING BUCKLIN McCORMACK INC. PS<br>sestes@kbmlawyers.com<br>lwalker@kbmlawyers.com<br>tcaceres@kbmlawyers.com<br><br>John E. Justice<br>LAW LYMAN DANIEL KAMERRER & BOGDANOVICH<br>jjustice@lldkb.com<br>lisa@lldkb.com<br>tam@lldkb.com<br><br>*Attorneys for Defendant South Correctional Entity* | [ ] Via First Class Mail, postage prepaid<br>[ ] Via Facsimile<br>[ ] Via Messenger<br>[X] Via E-Mail/E-Service |
| Heidi Mandt<br>WILLIAMS KASTNER<br>hmandt@williamskastner.com<br>lpavey@williamskastner.com<br><br>*Attorneys for Defendants NaphCare, Inc., Rebecca Villacorta, Henry Tambe, Nancy Whitney, Billie Stockton, Brittany Martin, Jessica Lothrop, Brooke Wallace, Sally Mukwana, Joan Kosanke, Rita Whitman and Virginia Richardson* | [ ] Via First Class Mail, postage prepaid<br>[ ] Via Facsimile<br>[ ] Via Messenger<br>[X] Via E-Mail/E-Service |
| Daniel L. Kinerk<br>Raam Wong<br>KING COUNTY PROSECUTOR'S OFFICE<br>dan.kinerk@kingcounty.gov<br>raam.wong@kingcounty.gov<br>jennifer.klein@kingcounty.gov<br>alindsey@kingcounty.gov<br>rmunozcintron@kingcounty.gov | [ ] Via First Class Mail, postage prepaid<br>[ ] Via Facsimile<br>[ ] Via Messenger<br>[X] Via E-Mail/E-Service |

PLAINTIFFS' PETITION FOR APPROVAL OF TRUSTS FOR MINOR PLAINTIFFS - 4
2:19-cv-01987-RSM

KRUTCH LINDELL BINGHAM JONES, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

| | |
|---|---|
| *Attorneys for Defendants King County, Leland Adams, Raul Adams and Alan Tag* | |

Signed in Seattle, Washington on the 15th day of October, 2021.

                *Pia Kim*
                Pia Kim, Paralegal

PLAINTIFFS' PETITION FOR APPROVAL OF TRUSTS FOR MINOR PLAINTIFFS - 5
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823