The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL H. DAWSON, Personal Representative of the Estate of Damaris Rodriguez; REYNALDO GIL; JOSE MARTE; A.G.; I.G.; S.G.; D.G., <br><br>　　　　　　　Plaintiffs, <br><br>　v. <br><br>SOUTH CORRECTIONAL ENTITY ("SCORE"), a Governmental Administrative Agency; PENNY BARTLEY; JIM KELLY; TODD BARKER; BRITTNEY PALMORE; BRANDON HEATH; PEDRO SANTOS; MANDI JARAMILLO; WILLIAM WOO; BENDA SCOTT a/k/a BRENDA SCOTT; ETHAN GLOVER; CHRISTOPHER FOY; JANE DORE; COLMINTON ALLEN; AARON SEIPP; SCORE JOHN DOES 1-10; NAPHCARE, INC., an Alabama Corporation; REBECCA VILLACORTA; HENRY TAMBE; NANCY WHITNEY; BILLIE STOCKTON; BRITTANY MARTIN; JESSICA LOTHROP; BROOKE WALLACE; SALLY MUKWANA; JOAN KOSANKE; RITA WHITMAN; VIRGINIA RICHARDSON; NAPHCARE JOHN DOES 1-10; KING COUNTY, a political subdivision of the State of Washington; RAUL ADAMS; LELAND ADAMS; ALAN TAG, <br><br>　　　　　　　Defendants. | No. 2:19-cv-01987-RSM <br><br><br> ORDER GRANTING DEFENDANT SCORE'S RENEWED MOTION FOR SUMMARY JUDGMENT |

ORDER GRANTING DEF SCORE'S RENEWED M.S.J. - 1
2:19-cv-01987-RSM

1002-01502/Dawson C19-1987 order grant MSJ

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

THIS MATTER came on for consideration on the *Defendant SCORE's Renewed Motion for Summary Judgment and Memorandum in Support*, the Court having considered the records and files herein, including specifically the following supporting materials:

1.   Defendant SCORE's Renewed Motion for Summary Judgment and Memorandum in Support;

2.   Declaration of John DiCroce, with exhibits 1-5, *Dkt. No.* 146;

and, the following opposing and reply materials, if any.

These records and files show that there is no genuine issue as to any material fact regarding Plaintiffs' claims against Defendant SCORE that are the subject of the motion, and that these Defendant is entitled to a summary judgment of dismissal of these claims as a matter of law.  Now, therefore,

IT IS HEREBY ORDERED that *Defendant SCORE's Renewed Motion for Summary Judgment* is hereby GRANTED, and all remaining claims against SCORE are hereby DISMISSED with prejudice, and SCORE is no longer a party to the case.

DATED this 19th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEF SCORE'S RENEWED
M.S.J. - 2
2:19-cv-01987-RSM

1002-01502/Dawson C19-1987 order grant MSJ

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Stewart A. Estes*
    Stewart A. Estes, WSBA #15535
Attorneys for Defendant SCORE

ORDER GRANTING DEF SCORE'S RENEWED
M.S.J. - 3
2:19-cv-01987-RSM

1002-01502/Dawson C19-1987 order grant MSJ

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423