The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL H. DAWSON, et al<br><br>          Plaintiffs,<br><br>vs.<br><br>SOUTH CORRECTIONAL ENTITY ("SCORE"), et al;<br><br>          Defendants. | NO. 2:19-cv-01987-RSM<br><br>ORDER GRANTING PLAINTIFFS' PETITION TO APPROVE TRUSTS FOR MINOR PLAINTIFFS<br><br>NOTE ON MOTION CALENDAR: OCTOBER 15, 2021 |

This matter having come on regularly before the above-entitled court by unopposed petition, the court having reviewed the records, files and pleadings herein and deeming itself fully advised in the premises, hereby ORDERS:

1. Plaintiffs' unopposed Petition for Approval of Trusts for Minor Plaintiffs, Dkt. 208, is GRANTED.

2. The proposed Trusts for each minor plaintiff as attached to the Confidential Supplemental Settlement Guardian ad Litem report of attorney Jennifer L. White, Dkt. 207, are approved.

3. Trustee of the Minor Plaintiffs' Trusts, Lifetime Advocacy Plus, shall submit its first annual trust accounting for all four minor plaintiff trusts to this Court on November 1, 2022.

ORDER GRANTING PLAINTIFFS' PETITION TO APPROVE TRUSTS - 1
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

4. SGAL attorney Jennifer L. White shall remain appointed and is authorized to participate on behalf of the minor plaintiffs in settlement negotiations that may occur in this matter.

DATED this 19th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

KRUTCH LINDELL BINGHAM JONES, P.S.

By: /s/ J. Nathan Bingham, WSBA #46325
J. Nathan Bingham, WSBA #46325
3316 Fuhrman Ave E, Suite 250
Seattle, Washington 98102
Telephone: (206) 682-1505
Facsimile: (206) 467-1823
Email: jnb@krutchlindell.com

*Attorney for Plaintiffs*

ORDER GRANTING PLAINTIFFS' PETITION TO
APPROVE TRUSTS - 2
2:19-cv-01987-RSM

KRUTCH LINDELL BINGHAM JONES, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823