The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSEL H. DAWSON, Personal Representative of the Estate of Damaris Rodriguez: REYNALDO GIL; JOSE MARTE; A.R.; I.R.; S.R.; D.R, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTH CORRECTIONAL ENTITY ("SCORE"), a Governmental Administrative Agency; PENNY BARLEY; JIM KELLY; TODD BARKER; BRITTNEY PALMORE; BRANDON HEATH; PEDRO SANTOS; MANDI JARAMILLO; WILLIAM WOO; BENDA SCOTT a/k/a BRENDA SCOTT; ETHAN GLOVER; CHRISTOPHER FOY; JANE DORE; COLMINTON ALLEN; AARON SEIPP; SCORE JOHN DOES 1-10; NAPHCARE, INC., an Alabama Corporation; REBECCA VILLACORTA; HENRY TAMBE; NANCY WHITNEY; BILLIE STOCKTON; BRITTANY MARTIN; JESSICA LOTHROP; BROOKE, WALLACE; SALLY MUKWANA; JOAN KOSANKE; RITA WHITMAN; VIRGINIA RICHARDSON; NAPHCARE JOHN DOES 1-10; KING COUNTY, a political subdivision of the State of Washington; RAUL ADAMS; LELAND ADAMS; ALAN TAG, <br><br> Defendants. | No. 2:19-cv-01987-RSM <br><br> **DECLARATION OF HEIDI L. MANDT IN SUPPORT OF THE NAPHCARE DEFENDANTS' MOTION FOR JUDICIAL SETTLEMENT CONFERENCE** |

///

///

DECLARATION OF HEIDI L. MANDT IN SUPPORT OF THE NAPHCARE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STRIKE IMPROPERLY DISCLOSED NAPHCARE EXPERT OPINIONS - 1

7489833.1

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

I, HEIDI L. MANDT, do hereby declare and state:

1. I am the attorney representing defendants NaphCare, Inc., Rebecca Villacorta, Henry Tambe, Nancy Whitney, Billie Stockton, Brittany Martin, Brooke Wallace, Sally Mukwana, Joan Kosanke, and Rita Whitman (collectively referred to as "the NaphCare defendants" unless otherwise specified) in the above referenced matter. I make this declaration based upon my own personal knowledge and in support of the NaphCare defendants' Motion for a Judicial Settlement Conference.

2. It is my belief, and the belief of the NaphCare defendants, that resolving this litigation is in the best interests of all parties. In fact, NaphCare has been interested in doing exactly that even before the lawsuit was filed. In late 2019, there were communications between myself and attorney Nate Bingham about setting this matter for an early mediation; however, as I understand it, in trying to also get SCORE's participation in a pre-litigation mediation, SCORE was simply uninterested so plaintiffs moved forward with filing their complaint in December 2019.

3. After a delay due to COVID, the parties have engaged in a substantial course of discovery including but not limited to depositions, written discovery and motions practice.

4. On November 3, 2020, the parties submitted this case to mediation with Seattle mediator Teresa Wakeen. After a full day with all defendants (King County, SCORE and NaphCare) participating, the parties remained millions of dollars apart and the case did not resolve. While Ms. Wakeen did provide some post-mediation assistance, those efforts were also unsuccessful.

5. While there were some informal ongoing settlement disucussions, nothing significant occurred until a second mediation session was held with mediator Thomas Harris of WAMS. Only the SCORE and NaphCare defendants participated in this mediation, which was both futile and frustrating, for several reasons. Plaintiffs opening number to NaphCare/SCORE was actually higher than what had previously been demanded, requiring substantial work on Mr. Harris's part to get plaintiffs back to their original settlement figures. In addition, despite

DECLARATION OF HEIDI L. MANDT IN SUPPORT OF THE NAPHCARE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STRIKE IMPROPERLY DISCLOSED NAPHCARE EXPERT OPINIONS - 2
7489833.1

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

1  NaphCare and SCORE both having a full panopoly of individuals with settlement authority
2  present for the mediation, neither Jose Marte nor Reynaldo Gil were in attendance.[1]  By the
3  time Mr. Harris was able to have Gil and Marte available, it was late in the day and led to no
4  further substantive discussions.  As Ms. Wakeen did, Mr. Harris provided some post-session
5  follow up, again without success.

6      6. In addition to attending the two mediation sessions, the NaphCare defendants
7  have attempted to revisit settlement discussions with plaintiffs both with and independent of
8  the mediator, and with a multi-million dollar offer of judgment.  Despite these efforts, plaintiffs
9  have frustrated all attempts by NaphCare to move this case towards settlement.

10     7. At this time, the NaphCare defendants are left with no other option that to
11  seek the Court's assistance in attempting to bring this case to a resolution.

12     8. This Motion is brought in good faith and not for the purpose of delay.

**I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE AND ARE BASED ON MY OWN PERSONAL KNOWLEDGE.  I UNDERSTAND THAT THIS DECLARATION CAN BE USED AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 4th day of November, 2021.

*/s/ Heidi L. Mandt*
Heidi L. Mandt, WSBA # 26880

---

[1] Two days prior to the mediation, I underwent a right total knee replacement.  Given our interest in trying to resolve this case, I was present for the mediation session despite my medical situation.  If I could attend the mediation, plaintiffs certainly could have done so, a point stressed with Mr. Harris to eventually secure their attendance.

DECLARATION OF HEIDI L. MANDT IN SUPPORT OF THE NAPHCARE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STRIKE IMPROPERLY DISCLOSED NAPHCARE EXPERT OPINIONS - 3
7489833.1

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

# **CERTIFICATE OF SERVICE**

I hereby certify that on the below date, I caused to be electronically filed the foregoing document with the Clerk of the Court using the eFiling system, which will send notification of such filing to the following:

| *Attorneys for Plaintiff*: | *Attorneys for Plaintiff:* |
|---|---|
| **Nathan J. Bingham**<br>JNB@krutchlindell.com | **Toby James Marshall**<br>tmarshall@terrellmarshall.com<br>jnuss@terrellmarshall.com;<br>hrota@terrellmarshall.com;<br>filing@terrellmarshall.com; |
| **Jeff Jones**<br>jcj@krutchlindell.com;<br>legalassistant@krutchlindell.com<br>karmen@krutchlindell.com | |
| **Jimmy Anderson**<br>JTA@krutchlindell.com; | |
| **Matthew K. Clarke**<br>mkc@krutchlindell.com<br>eservice@krutchlindell.com | |

Signed at Portland, Oregon this 4th day of November, 2021.

*/s/ Heidi L. Mandt*
Heidi L. Mandt, WSBA # 26880
***Attorneys for Defendants NaphCare, Inc., Rebecca Villacorta, Henry Tambe, Nancy Whitney, Billie Stockton, Brittany Martin, Brooke Wallace, Sally Mukwana, Joan Kosanke, and Rita Whitman***

CERTIFICATE OF SERVICE - 1
( 2:19-cv-01987)

7489833.1

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967