The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL H. DAWSON, et al<br><br>        Plaintiffs,<br><br>vs.<br><br>SOUTH CORRECTIONAL ENTITY ("SCORE"), et al;<br><br>        Defendants. | NO. 2:19-cv-01987-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR JUDICIAL SETTLEMENT CONFERENCE**<br><br>NOTED ON MOTION CALENDAR: NOVEMBER 17, 2021 |

It is hereby ordered that based on the stipulated motion of the parties, Dkt. 215, this matter is referred to the Honorable S. Kate Vaughan, United States Magistrate Judge, for a judicial settlement conference pursuant to LCR 39.1(e).  The parties are directed to contact Kadya Peter (Kadya_Peter@wawd.uscourts.gov) regarding scheduling.

NaphCare's unagreed motion to refer this matter for a judicial settlement conference, Dkt. 213, is stricken as moot.

DATED this 19th day of November, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR JUDICIAL SETTLEMENT CONFERENCE - 1
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

1  Presented by:

3  KRUTCH LINDELL BINGHAM JONES, P.S.

4  By: */s/ J. Nathan Bingham*
   */s/ Jeffrey C. Jones*
5  */s/ James T. Anderson*
6  J. Nathan Bingham, WSBA #46325
   Jeffrey C. Jones, WSBA #7670
7  James T. Anderson, WSBA #40494
   3316 Fuhrman Ave E
8  Suite 250
   Seattle, Washington 98102
9  Telephone: (206) 682-1505
10 Facsimile: (206) 467-1823
   Email: jnb@krutchlindell.com
11 jcj@krutchlindell.com
   jta@krutchlindell.com
12
13 *Attorneys for Plaintiffs*

15 WILLIAMS KASTNER

16 By: */s/ Heidi Mandt*
   Heidi Mandt, WSBA #26880
17 1515 SW Fifth Avenue, Suite 600
   Portland, OR 97201-5449
18 Telephone: (503) 228-7967
   Fax: (503) 222-7261
19 hmandt@williamskastner.com

20 *Attorneys for Defendants NaphCare, Inc.,*
21 *Rebecca Villacorta, Henry Tambe,*
   *Nancy Whitney, Billie Stockton,*
22 *Brittany Martin, Brooke Wallace,*
   *Sally Mukwana, Joan Kosanke,*
23 *and Rita Whitman*

27 ORDER GRANTING STIPULATED MOTION
   FOR JUDICIAL SETTLEMENT CONFERENCE - 2
   2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823