The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL H. DAWSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SOUTH CORRECTIONAL ENTITY, et al; <br><br> Defendants. | NO. 2:19-cv-01987-RSM <br><br> **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND CASE CAPTION** <br><br> **NOTED ON MOTION CALENDAR: JANUARY 4, 2022** |

It is hereby ordered that based on the stipulated motion of the parties, Dkt. 221, the caption in this case is hereby amended to *RUSSELL H. DAWSON, Personal Representative of the Estate of Damaris Rodriguez v. NAPHCARE, INC., an Alabama Corporation; REBECCA VILLACORTA; HENRY TAMBE; NANCY WHITNEY; BILLIE STOCKTON; BRITTANY MARTIN; BROOKE WALLACE; SALLY MUKWANA; JOAN KOSANKE; RITA WHITMAN*, to reflect only the remaining defendants in this matter.

DATED this _____ day of _____, 2021.

_____
Ricardo S. Martinez
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO AMEND CASE CAPTION - 1
2:19-cv-01987-RSM

KRUTCH LINDELL BINGHAM JONES, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

Presented by:

KRUTCH LINDELL BINGHAM JONES, P.S.

By: */s/ J. Nathan Bingham*
*/s/ Jeffrey C. Jones*
*/s/ James T. Anderson*
J. Nathan Bingham, WSBA #46325
Jeffrey C. Jones, WSBA #7670
James T. Anderson, WSBA #40494
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
Telephone: (206) 682-1505
Facsimile: (206) 467-1823
Email: jnb@krutchlindell.com
jcj@krutchlindell.com
jta@krutchlindell.com

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Toby J. Marshall*
Toby J. Marshall, WSBA #32726
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: tmarshall@terrellmarshall.com

*Attorneys for Plaintiffs*

WILLIAMS KASTNER

By: */s/ Heidi Mandt*
Heidi Mandt, WSBA #26880
Erin J. Varriano, WSBA #40572
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967
Fax: (503) 222-7261
hmandt@williamskastner.com
evarriano@williamskastner.com

*Attorneys for Defendants NaphCare, Inc.,*

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO AMEND CASE CAPTION - 2
2:19-cv-01987-RSM

**Krutch Lindell Bingham Jones, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

1  *Rebecca Villacorta, Henry Tambe,*
2  *Nancy Whitney, Billie Stockton,*
   *Brittany Martin, Brooke Wallace,*
3  *Sally Mukwana, Joan Kosanke,*
   *and Rita Whitman*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO AMEND CASE CAPTION - 3
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823