UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSEL H. DAWSON, Personal Representative of the Estate of Damaris Rodriguez, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH CORRECTIONAL ENTITY ("SCORE"), a Governmental Administrative Agency, et al.,<br><br>Defendants. | CASE NO. C19-1987RSM<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND CASE CAPTION |

It is hereby ordered that based on the stipulated motion of the parties, Dkt. #221, the caption in this case is hereby amended to RUSSELL H. DAWSON, Personal Representative of the Estate of Damaris Rodriguez v. NAPHCARE, INC., an Alabama Corporation; REBECCA VILLACORTA; HENRY TAMBE; NANCY WHITNEY; BILLIE STOCKTON; BRITTANY MARTIN; BROOKE WALLACE; SALLY MUKWANA; JOAN KOSANKE; RITA WHITMAN, to reflect only the remaining defendants in this matter.

DATED this 11th day of January, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO AMEND CASE CAPTION - 1