The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RUSSELL H. DAWSON,

                Plaintiff,

    vs.

NAPHCARE, INC., et al;

                Defendants.

NO. 2:19-cv-01987-RSM

**ORDER GRANTING STIPULATED
MOTION TO SEAL SGAL REPORT**

This matter comes before the Court on the parties' stipulated motion to seal the report of

the Settlement Guardian ad Litem, Jennifer White, based on the privacy interests of the parties and

minor beneficiaries A.G. I.G., S.G., and D.G. (Dkt. No. 243). The Court finds that compelling

reasons exist to seal this document. The report will contain sensitive and confidential information

about the children and information related to an agreement that the parties intend to be mutually

confidential. The parties' and minor beneficiaries' privacy interests outweigh the public's interest

in access to this document. Therefore, the Court GRANTS the motion to seal this document.

      DATED this 7th day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO
SEAL SGAL REPORT - 1
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

Presented by:

| | |
|---|---|
| KRUTCH LINDELL BINGHAM JONES, P.S. | WILLIAMS KASTNER |
| By: */s/ J. Nathan Bingham* | By: */s/ Heidi Mandt* |
| J. Nathan Bingham, WSBA #46325 | Heidi Mandt, WSBA #26880 |
| 3316 Fuhrman Ave E, Suite 250 | 1515 SW Fifth Avenue, Suite 600 |
| Seattle, Washington 98102 | Portland, OR 97201-5449 |
| Telephone: (206) 682-1505 | Telephone: (503) 228-7967 |
| Facsimile: (206) 467-1823 | Facsimile: (503) 222-7261 |
| Email: jnb@krutchlindell.com | Email: hmandt@williamskastner.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

ORDER GRANTING STIPULATED MOTION TO
SEAL SGAL REPORT - 2
2:19-cv-01987-RSM

KRUTCH LINDELL BINGHAM JONES, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823