The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL H. DAWSON,<br><br>    Plaintiff,<br><br>vs.<br><br>NAPHCARE, INC., et al;<br><br>    Defendants. | NO. 2:19-cv-01987-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO SEAL DKT. 248** |

This matter comes before the Court on the parties' stipulated motion to seal the Declaration of J. Nathan Bingham In Support of Joint Petition for Approval of NaphCare Settlement (Dkt. 248), based on the privacy interests of the parties and minor beneficiaries A.G. I.G., S.G., and D.G. (Dkt. No. 250). The Court finds that compelling reasons exist to seal this document. The declaration contains confidential information related to the agreement that the parties intended to be mutually confidential. The parties' and minor beneficiaries' privacy interests outweigh the public's interest in access to this document. Therefore, the Court GRANTS the motion to seal this document.

DATED this 1st day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO SEAL DKT. 248 - 1
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

Presented by:

| | |
|---|---|
| KRUTCH LINDELL BINGHAM JONES, P.S. | WILLIAMS KASTNER |
| By: */s/ James T. Anderson*<br>James T. Anderson, WSBA #40494<br>3316 Fuhrman Ave E, Suite 250<br>Seattle, Washington 98102<br>Telephone: (206) 682-1505<br>Facsimile: (206) 467-1823<br>Email: jta@krutchlindell.com | By: */s/ Heidi Mandt*<br>Heidi Mandt, WSBA #26880<br>1515 SW Fifth Avenue, Suite 600<br>Portland, OR 97201-5449<br>Telephone: (503) 228-7967<br>Facsimile: (503) 222-7261<br>Email: hmandt@williamskastner.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

ORDER GRANTING STIPULATED MOTION TO SEAL DKT. 248 - 2
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823