The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RUSSELL H. DAWSON,

    Plaintiff,

vs.

NAPHCARE, INC., et al;

    Defendants.

NO. 2:19-cv-01987-RSM

**ORDER GRANTING STIPULATED MOTION TO EXTEND SUPPLEMENTAL SGAL REPORT FILING DEADLINE**

This matter comes before the Court on the parties' Stipulated Motion to Extend Supplemental SGAL Report Filing Deadline (Dkt. #253), set forth by the Order Granting Joint Petition to Approve NaphCare Settlement (Dkt. No. 249).

IT IS HEREBY ORDERED that based on the stipulation of the parties, and for good cause being shown, the deadline for filing the supplemental SGAL report is extended fourteen (14) days to April 13, 2022.

DATED this 30th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO
EXTEND SUPPLEMENTAL SGAL REPORT
FILING DEADLINE - 1
2:19-cv-01987-RSM

KRUTCH LINDELL BINGHAM JONES, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

Presented by:

| | |
|---|---|
| KRUTCH LINDELL BINGHAM JONES, P.S. | WILLIAMS KASTNER |
| By: */s/ James T. Anderson*<br>James T. Anderson, WSBA #40494<br>3316 Fuhrman Ave E, Suite 250<br>Seattle, Washington 98102<br>Telephone: (206) 682-1505<br>Facsimile: (206) 467-1823<br>Email: jta@krutchlindell.com | By: */s/*<br>Heidi Mandt, WSBA #26880<br>1515 SW Fifth Avenue, Suite 600<br>Portland, OR 97201-5449<br>Telephone: (503) 228-7967<br>Facsimile: (503) 222-7261<br>Email: hmandt@williamskastner.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

ORDER GRANTING STIPULATED MOTION TO EXTEND SUPPLEMENTAL SGAL REPORT FILING DEADLINE - 2
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823