The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL H. DAWSON, <br><br> Plaintiff, <br><br> vs. <br><br> NAPHCARE, INC., et al; <br><br> Defendants. | NO. 2:19-cv-01987-RSM <br><br> **STIPULATION FOR AND ORDER OF DISMISSAL** |

## STIPULATION

The undersigned Plaintiff's attorney certifies that the requirements relating to the minors' funds, set forth in the Order Granting Joint Petition to Approve NaphCare Settlement, Dkt. 249, have been completed.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and NAPHCARE, INC., REBECCA VILLACORTA, HENRY TAMBE, NANCY WHITNEY, BILLIE STOCKTON, BRITTANY MARTIN, BROOKE WALLACE, SALLY MUKWANA, JOAN KOSANKE and RITA WHITMAN, that all claims against Defendants may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Respectfully submitted this 7th day of April, 2022.

STIPULATION FOR AND ORDER OF DISMISSAL - 1
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

| | |
|---|---|
| KRUTCH LINDELL BINGHAM JONES, P.S. | WILLIAMS KASTNER |
| By: */s/ J. Nathan Bingham* <br> J. Nathan Bingham, WSBA #46325 <br> 3316 Fuhrman Ave E, Suite 250 <br> Seattle, Washington 98102 <br> Telephone: (206) 682-1505 <br> Facsimile: (206) 467-1823 <br> Email: jnb@krutchlindell.com | By: */s/ Heidi Mandt* <br> Heidi Mandt, WSBA #26880 <br> 1515 SW Fifth Avenue, Suite 600 <br> Portland, OR 97201-5449 <br> Telephone: (503) 228-7967 <br> Facsimile: (503) 222-7261 <br> Email: hmandt@williamskastner.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against NAPHCARE, INC., REBECCA VILLACORTA, HENRY TAMBE, NANCY WHITNEY, BILLIE STOCKTON, BRITTANY MARTIN, BROOKE WALLACE, SALLY MUKWANA, JOAN KOSANKE and RITA WHITMAN, as described in the above Stipulation, are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 18th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR AND ORDER OF DISMISSAL - 2
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

Presented by:

KRUTCH LINDELL BINGHAM JONES, P.S.

s/ J. Nathan Bingham, WSBA #46325
J. Nathan Bingham, WSBA #46325
Jeffrey C. Jones, WSBA #7670
James T. Anderson, WSBA #40494
Matthew K. Clarke, *pro hac vice*
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
Telephone: (206) 682-1505
Facsimile: (206) 467-1823
Email: jnb@krutchlindell.com
jcj@krutchlindell.com
jta@krutchlindell.com
mkc@krutchlindell.com

TERRELL MARSHALL LAW GROUP PLLC

s/Toby J. Marshall, WSBA #32726
Toby J. Marshall, WSBA #32726
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: tmarshall@terrellmarshall.com

*Attorneys for Plaintiffs*

STIPULATION FOR AND ORDER OF DISMISSAL - 3
2:19-cv-01987-RSM

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823