**The Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RUSSELL H. DAWSON, et al., <br><br> Plaintiffs, <br> v. <br><br> SOUTH CORRECTIONAL ENTITY ("SCORE"), et al., <br><br> Defendants. | NO: 2:19-cv-01987-RSM <br><br> ORDER EXTENDING FILING DEADLINE FOR ANNUAL TRUST ACCOUNTINGS <br><br> NOTE ON MOTION CALENDAR: NOVEMBER 1, 2022 |

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court upon the Motion to Extend Filing Deadline for Annual Trust Accountings, filed by Lifetime Advocacy Plus, Trustee for the Abigail Gil Trust, David Gil Trust, Isaac Gil Trust, and Sara Gil Trust ("Gil Children's Trusts"), and the Court having reviewed the Motion, files and pleadings herein, and being full advised in the premises, Now, Therefore, It Is Hereby ORDERED:

///

///

///

ORDER EXTENDING FILING
ANNUAL TRUST ACCOUNTINGS - 1
NO: 2:19-cv-01987-RSM
(laplus.028-031); 6885-0)  Order Extending Filing Deadline.doc

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE
SUITE 1200
SEATTLE, WASHINGTON 98104
(206) 624-2650/FAX (206) 623-5764

1. The date by which the Trustee shall file the first annual Trust accountings for the period from October 19, 2021 through September 30, 2022 is hereby extended to January 30, 2023.

DATED this 3rd day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

AIKEN, ST. LOUIS & SILJEG, P.S.

By  /s/ Richard L. Furman Jr.
Richard L. Furman Jr., WSBA No. 31101
Attorneys for the Trustee
furman@aiken.com

ORDER EXTENDING FILING
ANNUAL TRUST ACCOUNTINGS - 2
NO:  2:19-cv-01987-RSM
(laplus.028-031); 6885-0)  Order Extending Filing Deadline.doc

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE
SUITE 1200
SEATTLE, WASHINGTON 98104
(206) 624-2650/FAX (206) 623-5764