The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RUSSELL H. DAWSON, et al.,<br><br>              Plaintiffs,<br>     v.<br><br>SOUTH CORRECTIONAL ENTITY ("SCORE"), et al.,<br><br>              Defendants. | NO:  2:19-cv-01987-RSM<br><br>ORDER GRANTING MOTION OF TRUSTEE TO SEAL ANNUAL TRUST ACCOUNTINGS OF THE MINOR PLAINTIFFS' TRUSTS<br><br>NOTE ON MOTION CALENDAR: MARCH 10, 2023 |

This matter comes before the Court on the Motion of Trustee to Seal Annual Trust Accountings based on the privacy interests of the parties and minor beneficiaries A.G., I.G., S.G., and D.G. (Dkt. No. 262).  The Court finds that compelling reasons exist to seal these documents.  The reports will contain sensitive and confidential information about the children and information related to an agreement that the parties intend to be mutually confidential.  The parties' and minor beneficiaries' privacy interests outweigh the public's interest in access to these documents.  Therefore, the Court GRANTS the motion to seal the annual trust accountings.

DATED this 21st day of March, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO SEAL ANNUAL TRUST ACCOUNTINGS- 1
Cause No:  2:19-cv-01987-RSM
(laplus.028-031) Order Granting Motion to Seal

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE
SUITE 1200
SEATTLE, WASHINGTON  98104
(206) 624-2650/FAX (206) 623-5764

1  Presented by:

2  AIKEN, ST. LOUIS & SILJEG, P.S.

3

4  By */s/ Richard L. Furman Jr.*
      Richard L. Furman Jr., WSBA No. 31101
5     Attorneys for the Trustee
      furman@aiken.com

ORDER GRANTING MOTION TO SEAL
ANNUAL TRUST ACCOUNTINGS- 2
Cause No: 2:19-cv-01987-RSM
(laplus.028-031) Order Granting Motion to Seal

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE
SUITE 1200
SEATTLE, WASHINGTON 98104
(206) 624-2650/FAX (206) 623-5764