The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RUSSELL H. DAWSON, et al., | NO: 2:19-cv-01987-RSM |
| Plaintiffs, | ORDER APPROVING ANNUAL TRUST ACCOUNTINGS |
| v. | |
| SOUTH CORRECTIONAL ENTITY ("SCORE"), et al., | NOTE ON MOTION CALENDAR: MAY 12, 2023 |
| Defendants. | |

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court upon the Petition of Trustee for Order Approving Annual Trust Accountings, filed by Lifetime Advocacy Plus, Trustee of the A.G. Trust, D.G. Trust, I.G. Trust, and S.G. Trust ("Minor Plaintiffs' Trusts"), u/a dtd October 19, 2021, and the Court having reviewed the Petition, files and pleadings herein, and being full advised in the premises, Now, Therefore, the Court Makes the Following:

**I.   FINDINGS OF FACT**

1.1   **Jurisdiction**.  The facts alleged in the Petition of Trustee for Order Approving Annual Trust Accountings, all attachments to that Petition, and the Trustee's Annual Accountings are true and include all of the facts necessary to give the Court jurisdiction over this matter.

ORDER APPROVING ANNUAL
TRUST ACCOUNTINGS- 1
Cause No:  2:19-cv-01987-RSM
(laplus.028-031)  Order Annual Accountings [2021-2022].doc

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE
SUITE 1200
SEATTLE, WASHINGTON  98104
(206) 624-2650/FAX (206) 623-5764

1.2 **Acts of Trustee**. It appears to the Court that all acts required of the Trustee have been performed.

1.3 **Correctness of Annual Accountings**. It appears to the Court that the accountings submitted by the Trustee are correct.

1.4 **Notice**. Notice of the hearing on this matter has been properly provided to those parties entitled to receive such notice.

1.5 **Trustee Fees**. The fees charged by Lifetime Advocacy Plus, as Trustee, are reasonable and necessary for the administration of the Trusts.

1.6 **Legal Fees and Costs**. The fees incurred by Aiken, St. Louis & Siljeg, P.S. as the attorneys for the Trustee are reasonable and necessary for the administration of the Trusts.

1.7 **Modifying Reporting Period**. It is proper to modify the reporting requirement from annual to triennial.

## II.   CONCLUSIONS OF LAW

2.1 **Jurisdiction**. The Court has jurisdiction over the parties and the subject matter of this trust proceeding.

2.2 **Approval of Accountings**. The Court should enter an Order approving the annual accountings of the Trustee for the period from October 19, 2021 through September 30, 2022.

Based on the foregoing Findings of Fact and Conclusions of Law, the Court makes the following:

## III.   ORDER

3.1 **Approval of Accountings of Trustee**. The accountings of Lifetime Advocacy Plus, Trustee of the A.G. Trust, D.G. Trust, I.G. Trust, and S.G. Trust ("Minor Plaintiffs' Trusts"), u/a dtd October 19, 2021, and all of the Trustee's accounts, actions, investments, and

ORDER APPROVING ANNUAL
TRUST ACCOUNTINGS- 2
Cause No: 2:19-cv-01987-RSM
(laplus.028-031) Order Annual Accountings [2021-2022].doc

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE
SUITE 1200
SEATTLE, WASHINGTON 98104
(206) 624-2650/FAX (206) 623-5764

expenditures as set forth in its accountings for the period from October 19, 2021 through September 30, 2022 are approved.

      3.2    **Approval of Fees of Trustee**.  The fees of Lifetime Advocacy Plus, Trustee of the A.G. Trust, D.G. Trust, I.G. Trust, and S.G. Trust ("Minor Plaintiffs' Trusts"), u/a dtd October 19, 2021, for the period from October 19, 2021 through September 30, 2022 in the amount of $3,964.92 for the A.G. Trust; $3,934.92 for the D.G. Trust; $3,923.67 for the I.G. Trust; and $3,913.25 for the S.G. Trust are approved.  The payment of the approved fees and costs from the assets of the Trusts shall be and hereby is ratified.

      3.3    **Approval of Attorneys' Fees and Costs**.  The fees and costs of Aiken, St. Louis & Siljeg, P.S. that were incurred during the period from November 8, 2021 through April 13, 2023 in the amount of $1,456.50 for the A.G. Trust; $1,369.50 for the D.G. Trust; $1,369.50 for the I.G. Trust; and $1,369.50 for the S.G. Trust are approved as reasonable and necessary for the administration of the Trusts, and the Trustee is directed to pay its attorneys' fees and costs from the assets of the Trusts as incurred, subject to approval at the next annual accountings.

      3.4    **Next Triennial Accountings**.  The next triennial accountings of the Trustee shall cover the period from October 1, 2022 through September 30, 2025 and shall be filed no later than January 17, 2026.

      3.5   _____.

DATED this 12th day of May, 2023.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER APPROVING ANNUAL
TRUST ACCOUNTINGS- 3
Cause No:  2:19-cv-01987-RSM
(laplus.028-031)  Order Annual Accountings [2021-2022].doc

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE
SUITE 1200
SEATTLE, WASHINGTON  98104
(206) 624-2650/FAX (206) 623-5764

1  Presented by:

2  AIKEN, ST. LOUIS & SILJEG, P.S.

3

4  By  */s/ Richard L. Furman Jr.*
    Richard L. Furman Jr., WSBA No. 31101

5  Attorneys for the Trustee
    furman@aiken.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER APPROVING ANNUAL
TRUST ACCOUNTINGS- 4
Cause No:  2:19-cv-01987-RSM
(laplus.028-031)  Order Annual Accountings [2021-2022].doc

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE
SUITE 1200
SEATTLE, WASHINGTON  98104
(206) 624-2650/FAX (206) 623-5764