The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RUSSELL H. DAWSON, et al., <br><br> Plaintiffs, <br> v. <br><br> SOUTH CORRECTIONAL ENTITY ("SCORE"), et al., <br><br> Defendants. | NO: 2:19-cv-01987-RSM <br><br> ORDER MODIFYING REPORTING PERIOD <br><br> NOTE ON MOTION CALENDAR: MAY 12, 2023 <br><br> **CLERK'S ACTION REQUIRED** |

The Court, having heard a motion to change the length of the reporting period for the accountings of the Trustee, hereby modifies the due date of the report.

The reporting cycle will be changed to [ ] 12 months or [ ] 24 months or [X] 36 months and the next accountings will be due within 90 days of the anniversary date of the appointment of the Trustee in the year of 2025.

The Clerk is directed to reset the duration of the reporting cycle.

DATED this 12th day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER MODIFYING REPORTING PERIOD- 1
Cause No: 2:19-cv-01987-RSM
(laplus.028-031) Order Modify Report Period.doc

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE
SUITE 1200
SEATTLE, WASHINGTON 98104
(206) 624-2650/FAX (206) 623-5764

1  Presented by:

2  AIKEN, ST. LOUIS & SILJEG, P.S.

3

4  By  */s/ Richard L. Furman Jr.*
       Richard L. Furman Jr., WSBA No. 31101
5      Attorneys for the Trustee
       furman@aiken.com
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER MODIFYING REPORTING PERIOD- 2
Cause No:  2:19-cv-01987-RSM
(laplus.028-031)  Order Modify Report Period.doc

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE
SUITE 1200
SEATTLE, WASHINGTON  98104
(206) 624-2650/FAX (206) 623-5764