UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

RUSSELL H. DAWSON, et al.,

        Plaintiffs,

    v.

SOUTH CORRECTIONAL ENTITY
("SCORE"), et al.,

        Defendants.

NO:  2:19-cv-01987-RSM

ORDER APPROVING TRIENNIAL
TRUST ACCOUNTINGS

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court upon the Petition of Trustee for Order Approving Triennial Trust Accountings, filed by Lifetime Advocacy Plus, Trustee of the A.G. Trust, D.G. Trust, I.G. Trust, and S.G. Trust ("Minor Plaintiffs' Trusts"), u/a dtd October 19, 2021, and the Court having reviewed the Petition, files and pleadings herein, and being full advised in the premises, Now, Therefore, the Court Makes the Following:

## I.    FINDINGS OF FACT

1.1    **Jurisdiction**.  The facts alleged in the Petition of Trustee for Order Approving Triennial Trust Accountings, all attachments to that Petition, and the Trustee's Triennial Accountings are true and include all of the facts necessary to give the Court jurisdiction over this matter.

ORDER APPROVING TRIENNIAL
TRUST ACCOUNTINGS- 1

1.2    **Acts of Trustee**.  It appears to the Court that all acts required of the Trustee have been performed.

1.3    **Correctness of Triennial Accountings**.  It appears to the Court that the accountings submitted by the Trustee are correct.

1.4    **Notice**.  Notice of the hearing on this matter has been properly provided to those parties entitled to receive such notice.

1.5    **Trustee Fees**.  The fees charged by Lifetime Advocacy Plus, as Trustee, are reasonable and necessary for the administration of the Trusts.

1.6    **Legal Fees and Costs**.  The fees incurred by Aiken, St. Louis & Siljeg, P.S. as the attorneys for the Trustee are reasonable and necessary for the administration of the Trusts.

## II.    CONCLUSIONS OF LAW

2.1    **Jurisdiction**.  The Court has jurisdiction over the parties and the subject matter of this trust proceeding.

2.2    **Approval of Accountings**.  The Court should enter an Order approving the triennial accountings of the Trustee for the period from October 1, 2022 through September 30, 2025.

Based on the foregoing Findings of Fact and Conclusions of Law, the Court makes the following:

## III.    ORDER

3.1    **Approval of Accountings of Trustee**.  The accountings of Lifetime Advocacy Plus, Trustee of the A.G. Trust, D.G. Trust, I.G. Trust, and S.G. Trust ("Minor Plaintiffs' Trusts"), u/a dtd October 19, 2021, and all of the Trustee's accounts, actions, investments, and expenditures as set forth in its accountings for the period from October 1, 2022 through September 30, 2025 are approved.

ORDER APPROVING TRIENNIAL
TRUST ACCOUNTINGS- 2

3.2    **Approval of Fees of Trustee**.  The fees of Lifetime Advocacy Plus, Trustee of the Minor Plaintiffs' Trusts, u/a dtd October 19, 2021, for the period from October 1, 2022 through September 30, 2025 in the total amount of $33,589.60 for the A.G. Trust; $32,675.99 for the D.G. Trust; $33,528.83 for the I.G. Trust; and $34,613.35 for the S.G. Trust are approved.  The unpaid balance of the Trustee's fees and costs in the amount of $10,547.15 for the A.G. Trust; $9,783.66 for the D.G. Trust; $10,481.10 for the I.G. Trust; and $11,372.85 for the S.G. Trust are approved for payment from the assets of the Trusts, and all prior payments are ratified.  The Trustee is authorized to pay its ongoing fees as incurred from Trust assets, subject to Court review and approval at the next regularly scheduled reporting period.

3.3    **Approval of Attorneys' Fees and Costs**.  The fees and costs of Aiken, St. Louis & Siljeg, P.S. that were incurred during the period from April 13, 2023 through February 10, 2026 in the amount of $1,517.37 for the A.G. Trust; $1,442.77 for the D.G. Trust; $1,665.22 for the I.G. Trust; and $1,537.22 for the S.G. Trust are approved as reasonable and necessary for the administration of the Trusts, and the Trustee is directed to pay its attorneys' fees and costs from the assets of the Trusts as incurred, subject to Court review and approval at the next regularly scheduled reporting period.

3.4    **Next Triennial Accountings**.  The next triennial accountings of the Trustee shall cover the period from October 1, 2025 through September 30, 2028 and shall be filed no later than January 17, 2029.

DATED this 18th day of March, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER APPROVING TRIENNIAL
TRUST ACCOUNTINGS- 3